IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 24cr10364 |
| | ) |
| TANIA FERNANDES ANDERSON, | ) |
| | ) |
| Defendant | ) |

GOVERNMENT'S MOTION TO SEAL/UNSEAL
INDICTMENT

Pursuant to Fed. R. Crim. P. 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until such time that Defendant TANIA FERNANDES ANDERSON is in custody, at which point the indictment shall be unsealed automatically. As grounds for this motion, the government states that public disclosure of these materials at this point might jeopardize the government's ability to arrest this defendant. Once the defendant is arrested, there is no need for the indictment to remain secret.

The United States further moves, pursuant to General Order 06-05, that the United States

Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

ALLOWED
[signature] USMJ
12/5/2024

Respectfully submitted,

JOSHUA S. LEVY
United States Attorney

By: /s/ *Dustin Chao*
    DUSTIN CHAO
    JOHN MULCAHY
    Assistant U.S. Attorneys

Date: December 5, 2024