✎JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** MA   **Category No.** II   **Investigating Agency** FBI

**City:** Boston

**County:** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number: 24-1072; 24-1286 to 1288; 24-1421; 24-1424; 24-1521; 24-1681
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

### Defendant Information:

**Defendant Name:** Tania Fernandes Anderson   **Juvenile:** ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

**Alias Name:** Tania Fernandes; Tania Muhammad

**Address:** 175 Humboldt Avenue, Unit 2, Dorchester, MA, 02119

**Birth date (Yr only):** 1979   **SSN (last 4#):** 5021   **Sex:** F   **Race:** B   **Nationality:** Cape Verde

**Defense Counsel if known:** Scott Lauer   **Address:** 51 Sleeper Street, 5th Floor, Boston, MA, 02210

**Bar Number:** _____

### U.S. Attorney Information

**AUSA:** Dustin Chao   **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ **Warrant Requested**   ☐ Regular Process   ☐ In Custody

**Location Status:** Boston, MA

**Arrest Date:** December 6, 2024

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 6

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/5/2024   **Signature of AUSA:** *[signature]*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Tania Fernandes Anderson

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 and 2 | Wire Fraud | 1-5 |
| Set 2 | 18 U.S.C. §§ 666(a)(1)(A) and 2 | Theft Concerning Programs Receiving Federal Funds | 6 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegations | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**