AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
| v. | ) |
| TANIA FERNANDES ANDERSON, | ) Case No. 24cr10364 IT-DLC |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Tania Fernandes Anderson,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1343 and 2 Wire Fraud; Aiding and Abetting
18 U.S.C. §§ 666(a)(1)(A) and 2 Theft Concerning Programs Receiving Federal Funds; Aiding and Abetting
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 Forfeiture Allegation

Date: 12/05/2024

*Issuing officer's signature*

City and state: Boston, Massachusetts

DONALD L. CABELL  USMJ
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*