✎ CJA 7
(Rev. 9/05)

LOCATION CODE __D01MAXC__

Docket No. __24-cr-10364-IT__

__USA__ vs. __Tania Fernandes Anderson__

**ORDER TERMINATING APPOINTMENT OF COUNSEL and/or AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS**

Check one or both ☐
☑

WHEREAS, __Scott Lauer, Esq__ was appointed as counsel for the above defendant/petitioner, on the __6th__ day of __December__, __2024__ ; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

☐ ORDERED that the appointment of said counsel is hereby terminated.

☑ AUTHORIZED/DIRECTED that such funds in the amount of $ __5,000.00__ be paid by said defendant/petitioner or by __January 31, 2025__ as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

Pursuant to 18 USC § 3006A(f), defendant shall pay five thousand dollars ($5,000.00) to the Accounting Section of the Clerk's Office by January 31, 2025.

If paid by check, the check shall be made payable to "Clerk, U.S. District Court," and on the check shall be noted the docket number of this case, which is 1:24-cr-10364-IT.

This order may be revisited if the defendant's financial circumstances change.

Dated this __10th__ day of __December__, __2024__.

_____
United States Judge/Magistrate

DISTRIBUTION:   COURT'S FILE   COURT APPOINTED COUNSEL   PERSON REPRESENTED   CLERK'S FILE