UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 24-CR-10364 |
| v. | ) |
| | ) |
| | ) |
| TANIA FERNANDES ANDERSON, | ) |
| Defendant. | ) |
| | ) |

**<u>ASSENTED TO MOTION FOR ALTERNATIVE DISCOVERY SCHEDULE</u>**

Under Local Rule 116.1(f), the United States, with the assent of the defendant, through counsel, hereby moves that the Court allow the government to complete automatic discovery in this case on an alternative schedule. The government has started preparing to produce discovery and will expedite the production as much as possible. However, given the volume of discovery in this case, including an electronic database containing more than one million files, more time is needed for the completion of automatic discovery. Therefore, the government proposes to begin production of automatic discovery on January 3, 2025 on a rolling basis, with automatic discovery produced by approximately January 31, 2025. The government will promptly confer with the defendant and counsel and seek modification of the alternative discovery schedule by the Court should complexity and volume of discovery so require.

[CONTINUED ON NEXT PAGE]

                                        Respectfully submitted,

                                        JOSHUA S. LEVY
                                        United States Attorney

Dated: December 18, 2024        By:    */s/ John T. Mulcahy*
                                                John T. Mulcahy
                                                Dustin Chao
                                                Assistant U.S. Attorney

SO ORDERED.

_____
Honorable Donald L. Cabell
Chief U.S. Magistrate Judge

## Certificate of Service

      This is to certify that I have served counsel for the defendant a copy of the foregoing document by electronic mail via the ECF system.

Dated: December 18, 2024        By:    */s/ John T. Mulcahy*
                                                John T. Mulcahy
                                                Assistant U.S. Attorney