UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TANIA FERNANDES-ANDERSON,<br><br>Defendant. | Criminal No. 24-cr-10364-IT |

**FINAL REPORT IN LIEU OF FINAL CONFERENCE**

Cabell, U.S.M.J.

    Defendant Tania Fernandes-Anderson has been charged with several counts of wire fraud and one count of theft concerning programs receiving federal funds. On April 8, 2025, the parties submitted a status report indicating that the defendant intended to plead guilty, had signed a plea agreement, and requested a date for a Rule 11 change of plea hearing. The court has since set the Rule 11 hearing for May 5, 2025, at 2:30 p.m.

    Accordingly, no further proceedings are necessary before me and I report as follows in reporting the matter to the district judge: (1) discovery is complete; (2) the defendant will not file any Rule 12(b) motions; and (3) the court has issued orders in the aggregate excluding the time from the defendant's arraignment to May 5, 2025. Accordingly, no time will have elapsed for purposes

of the Speedy Trial Act when and if the Rule 11 hearing is held as scheduled.

There are no other matters specific to this defendant that would assist the district judge upon transfer.

/s/ Donald L. Cabell<br>DONALD L. CABELL, U.S.M.J.

DATED:  April 14, 2025