FILED
IN CLERK'S OFFICE

April 23, 2025

2025 MAY -7 PM 1: 44

The Honorable Indira Talwani
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

**RE: Letter of Support for City Councilor Tania Fernandes Anderson**

Dear Judge Talwani,

I am writing you as a member of Coucilor Tania Fernandes Anderson's District 7 Advisory Council and as a resident of Highland Park, Roxbury.

Councilor Anderson has built up a unique relationship between her office and the residents of her district. She leads the weekly advisory session, listening to each attendees concerns, engaging in cross-community conversation, and coming up with next actions are the situation requires. She is genuine in her work for this advisory council and for our community.

I have had the opportunity to attend City Council hearings on topics of concern to our community. It has been striking to me how Councilor TFA speaks up for her community, in noticeable contrast to other councilors who speak up on behalf of their own political welfare. She is genuine in her actions of behalf of her district, and as been since she took office. Her support for the community's concerns over the current city's reallocation of land in Franklin Park is but one example of her committed work.

I have found her to be genuine in her remorse for her recent actions that have compromised her both personally and professionally. The focus and tone of our current District 7 meetings has been on how we conducted our work going forward, and how to maintain our community actions. She is in full support of our district, even now during her very difficult times.

Please take into consideration her commitment to the good for our community in your consideration of her case.

Sincerely,

Joan Seamster

Member of the D7 Advisory Council
Highland Park Project Review Committee Co-Chair
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
617-470-6091
Jkseamster@outlook.com