UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>TANIA FERNANDES ANDERSON | Docket No. 24-cr-10364-IT |

**ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING**

This case is scheduled for sentencing on July 29, 2025. The Defendant, Tania Fernandes Anderson, moves to continue the sentencing hearing by approximately 30 days, to a date convenient to the Court in late August. As grounds, the Defendant recently submitted a response, including a variety of requested documentation, to the probation office's draft presentence report. The probation office has advised undersigned counsel that additional time would be helpful to complete its review of that documentation and update the draft presentence report.

Counsel for the government, as well as the probation officer assigned to the presentence investigation, assent to the relief sought herein.

Respectfully submitted,

*/s/ Scott Lauer*
Scott Lauer
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
(617) 223-8061
scott_lauer@fd.org

1

2

**CERTIFICATE OF SERVICE**

      I, Scott Lauer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 17, 2025.  A copy will also be sent via email to U.S. Probation Officer Julianna Ferguson.

                                              */s/ Scott Lauer*
                                              Scott Lauer