

**Date:** August 21, 2025

**To the Honorable Members of the Federal Court System:**

I am honored to formally recognize **Tania Anderson**, who has been volunteering with **New Beginnings Reentry Services (NBRS)** since **June 16, 2025**. From the very beginning of her involvement, Tania has demonstrated exceptional expertise, leadership, and a profound commitment to supporting individuals impacted by the justice system.

Tania's volunteer work has been instrumental in strengthening NBRS's programs and operations. Her contributions include:

- **Providing strategic and infrastructural recommendations** to enhance the organization's internal framework and operational efficiency.
- **Shadowing and assisting staff** across departments to ensure best practices in reentry programming are implemented effectively.
- **Designing and leading a four-day Professional Development training** for staff, elevating organizational capacity and fostering a culture of excellence.
- Collaborating with program leadership to **develop and deliver a Civic Engagement course** for participants and potentially for other formerly incarcerated leaders of reentry organizations, to deepen understanding of government processes and ensure participants are empowered to exercise their voting rights.

Tania brings a rare combination of skills and knowledge, including expertise in **technology, African history, city and state budgeting, and economic development**, along with fluency in **five languages**. Her innovative ideas and practical guidance have been pivotal in helping NBRS establish clearer organizational direction, strengthen infrastructure, and build a more sustainable model to reduce barriers to reentry and promote long-term success for returning citizens.

Given her exceptional contributions and proven commitment, NBRS is actively considering transitioning Tania Anderson into a **permanent staff role**. This move will ensure that her expertise continues to strengthen our organization long-term, providing stability, continuity, and leadership that directly benefits participants, staff, and the broader community.

Her dedication and consistent volunteer service since **June 16, 2025**, exemplify the highest standards of public service and civic engagement. Tania's involvement significantly advances NBRS's mission to provide impactful reentry programming, support system-impacted individuals, and promote community transformation in alignment with the goals of the Massachusetts Court System.

It is with the utmost respect and confidence that we acknowledge Tania Anderson's ongoing contributions. She is a trusted partner in our work and an invaluable asset to the broader mission of justice, reentry, and community empowerment.

Respectfully submitted,

Stacey Borden, M.Ed., LADC I
*Founder*
New Beginnings Reentry Services, Inc.
Adult Reentry Day Center
55 Roxbury St #191302
Roxbury, MA 02119
781-807-1741
stacey@nbreentry.org
https://www.newbeginningsreentryservices.org/