Dear Judge Talwani,

My name is Aabidah Muhammad, and I am writing to you today from the deepest part of my heart to advocate for my sister, Tania Fernandes. I respectfully ask for your compassion and leniency in your sentencing decision.

Tania has been a part of my life and my family since I was just fifteen years old. She is more than a sister-in-law—she is family in every sense of the word. Throughout the years, she has shown up for me with unwavering love, care, and support, especially during some of the most difficult moments of my life.

In 2021, I lost my beloved mother, Fadilah. It was one of the most painful experiences I have ever endured. During that time, Tania was there—not just physically, but emotionally and spiritually. She grieved with us, stood beside us, and held space for our healing. Her compassion was a light during a time of immense darkness. My mother deeply loved and respected Tania and even encouraged her to run for Boston City Council before her passing. She believed in Tania's heart and her vision for the people of our community.

Tania has always been a selfless, hardworking woman who leads with love and integrity. Her life has not been without challenges, but she has always met adversity with strength and resilience. As a public servant, she has committed herself to advocating for marginalized voices. She has paved pathways for countless people in our communities—Black and Brown families, immigrants, LGBTQ+ youth, women, and allies—ensuring that no one is left behind. Her impact across Boston, particularly in District 7, is undeniable and deeply felt.

She is also a devoted mother to two beautiful sons, who need their mother present and whole. Her family loves her, depends on her, and is standing with her in full support as she takes responsibility and continues to grow through this moment.

I understand the importance of accountability and the responsibilities that come with public service. Tania understands this as well. I know

in my heart that she has the best intentions and never meant to cause harm. She is deeply aware of the weight of her actions, and she is not taking this lightly. She is committed to doing better, to continuing her work with humility, and to rebuilding trust where it may have been lost.

With great respect, I ask that you consider the option of house arrest instead of incarceration. Tania is not a danger to society—she is a pillar of it. Her presence at home means she can continue to care for her children, support her family, and contribute meaningfully to our community. There is still more work to do, and with your mercy, I believe Tania can continue to make a difference.

Judge Talwani, I thank you for your time, your service, and your consideration. This decision will impact not only Tania, but an entire community that believes in redemption, healing, and the power of second chances. Please, let us keep her with us.

With deepest gratitude,
Aabidah Muhammad
Email: ███████████████████████
Phone: ████████████
███████████████
███████████████
*Aabidah Muhammad*

**Shandalea Abdul-Hadi**



4/23/25

**The Honorable Indira Talwani**
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

**Re: Character Letter for Tania Anderson**

Dear Judge Talwani,

I am writing to you with a heavy heart and a hopeful spirit to ask for your compassion and leniency in the sentencing of my dear friend, Tania Anderson. I have known Tania for over fifteen years, not through work or business, but as a fellow member of our Muslim community—where she has been a pillar of light, leadership, and love.

Throughout the years, I have seen Tania devote herself to the service of others. Whether organizing community events to uplift spirits, being the first to respond when someone was in need, or simply offering a kind ear and wise counsel—Tania has always shown up. And she has done so without ever asking for anything in return. Her selflessness is not performative; it is simply who she is.

Tania is a mother, a protector, a friend, and an active community member. She is fierce in her love, unwavering in her values, and deeply rooted in a belief that we are here to care for one another. I have watched her build bridges, foster hope, and uplift those who feel unseen or unheard. Her presence has shaped our community for the better, and her absence would leave an ache that is hard to describe.

I do not write this letter to excuse or minimize the wrong that has occurred. Tania has accepted responsibility, and I know she carries the weight of that choice deeply. What I ask instead is that you consider the fullness of her character—the years of service, the lives she has touched, and the potential for continued positive impact she holds. She is not defined by this moment alone.

Your Honor, I am pleading with you, not just on behalf of a friend, but on behalf of a community that knows Tania as a source of strength and hope. I ask you to see her whole story and consider a sentence that allows her to remain with her family and her community, where she can continue to heal and serve.

With unwavering faith in her capacity for growth and in your capacity for compassion, I thank you for taking the time to read this letter.

Respectfully,

Shandalea Abdul-Hadi

AdelbowaleAwogboro.



Dear Judge,

I am writing to you in support of my dear friend, Tania Anderson. I have known Tania for several years, and during that time, I have come to deeply respect and admire her for her integrity, strength of character, and unwavering commitment to her family and her community.

Tania is a remarkable woman — a devoted mother, a loyal friend, and a tireless community activist. She consistently puts the needs of others before her own and has been a powerful advocate for those whose voices are often unheard. Whether she's organizing community events, supporting families in crisis, or simply being present for those who need encouragement, Tania has always led with compassion, courage, and a profound sense of responsibility.

She has made a meaningful difference in the lives of many, including my own. Her kindness, generosity, and genuine concern for others have left a lasting impact on everyone lucky enough to know her.

I respectfully ask that you show mercy and leniency in her case. I believe that Tania's past actions do not define her — rather, her long-standing commitment to doing good and uplifting her community should be taken into account. She has so much more to give, and I truly believe that she will continue to be a force for positive change.

Thank you for considering this letter and for your time and attention.

Sincerely,
AdelbowaleAwogboro

**Alamin Muhammad**



07/13/2025

**The Honorable Indira Talwani**
Joseph Moakley U.S. Courthouse
1 Courthouse Way  Ste 2300
Boston, MA, 02210

Re: **Letter of Support for Tania F. Anderson**

Dear Judge Talwani,

I am writing this letter to express my support for Tania F. Anderson in the matter currently before the court. I have known her for over eighteen years and can attest to her positive character and the positive impact she has made in the community.

Tania F. Anderson has always been a responsible, hardworking, and compassionate individual, and I have personally witnessed her interactions with her family and her community that demonstrate her integrity and commitment to family, work, and community.  For instance, since being elected as a City Councilor, she has been one the hardest-working and visible Representatives from District 7 in over fifty years, who shows up all year, not just in an election year. She works hard and cares deeply about the people whom she represents.

I understand that Tania F. Anderson broke the law, and I recognize the seriousness of the matter at hand. However, Ms. Anderson deserves leniency because she has shown remorse for her actions. I am confident that Ms. Anderson will continue to make positive contributions to her community moving forward.

Thank you for considering my perspective in this case. I hope it provides you with some additional context about Tania F. Anderson as you make your decision.

If you require any further information or clarification, I would be happy to assist in any way.

Sincerely,

Alamin Muhammad

**Dear Honorable Judge Dodge,**

My name is Albertino Carvalho, and I am writing to respectfully speak on behalf of my niece, Tania Fernandes Anderson.

Tania is a remarkable individual, kind-hearted, responsible, and hardworking. She consistently places the needs of others before her own and treats everyone with respect and compassion. Her positive outlook, coupled with a strong sense of duty, allows her to approach life's challenges with grace and determination.

I have had the privilege of watching Tania grow into a trustworthy, dependable, and deeply caring person. Whether she is supporting her family, being there for friends, or contributing to her community, Tania always gives her best with sincerity and commitment.

I am proud to know her, and even prouder to call her my niece. I truly believe that anyone who knows Tania would agree she is an exceptional and valued member of the community.

In light of her character and the lessons she has learned from this experience, I respectfully ask that you consider extending leniency in her sentencing. I am confident that Tania will continue to work hard to make meaningful, positive contributions to her family, community, and those around her.

Thank you very much for your time, attention, and thoughtful consideration of this matter.

**Sincerely,**

Albertino Carvalho

Aldina Carvalho                                             July 10th, 2025



Dear Judge Talwani,

I hope this letter finds you well! My thanks and gratitude in advance for your time and consideration of our plea.

My name is Aldina Freire Carvalho, and I am Tania Fernandes Anderson's aunt. Her mother is my older sister. Tania and I were raised in the same household. I am three years older than her, my oldest son is three years older than her oldest son, and now my grandson, as of this Sunday, will be three years older than Tania's grandson. We are expecting Tania's grandson any day now.

I added that synchronistic statement to make the following point: I know Tania better than her own mother and father do. We were raised like sisters because of the small difference in age.

I am not going to waste your time or insult your intelligence by attempting to portray my niece Tania as a saint. None of us are saints. Although imperfect (like all human beings), Tania possesses several great qualities and traits that have allowed her to survive, thrive, adapt, grow, and succeed. My hope is that after I share with you a tiny glimpse of the Tania I know, you will be able to show her some leniency.

On April 16th, 1991, I was home getting ready to go to a dermatologist appointment (I was 15 with acne). Tania (who was 12 at the time) was in the living room eating Pops cereal (we were on school April vacation) and watching VH1. My brother, his then 5-months-pregnant wife (they've since divorced), and their 9-month-old son arrived at our home. My brother dropped them off and left. My nephew was crying, and I noticed that my sister-in-law was not feeling well. I asked her if I could take the baby with me to the dermatologist appointment, and she said yes. She seemed as if she was uncomfortable and in pain. I asked her if she was ok, and she said that she didn't feel well. She then went to the bathroom and sat on the toilet. A couple of seconds later she screamed out to me, "My water broke." I got her off the toilet and called out for Tania. When Tania met us in the corridor, I instructed Tania to bring her aunt to my bedroom and stay with her; I was heading to the living room to call 911. We did not have a cordless phone at the time. Tania listened to me and brought my sister-in-law to my room. The moment they arrived, my sister-in-law kneeled on my bed, and the baby just dropped out of her. Luckily, Tania grabbed her. If Tania had not grabbed the baby, she

would have fallen on the floor and died. That baby today is a kind and successful woman. My niece and Tania's first cousin Linette Carvalho. Thanks to Tania, tragedy was averted. Tania received an award at City Hall from Mayor Flynn, and we were all so proud of her.

A few years later I would meet Barbara and send Tania to her for a job. Barbara was the mentor sent by the universe. Not only did she hire Tania to work with her, but she later hired Tania's brother and other teens who lived at Academy Homes II, where we lived. This was where Tania's love of service awakened within her. She served the community and continued to, even after she entered other fields of work. Tania inherited her strong sense of service, charity, and commitment from our grandparents and parents. We derive from a family whose history of service and giving back is well documented, both in Cape Verde and in the U.S.As a matter of fact, in Cape Verde I would always joke and say that my sister (Tania's mother) brought home stray people, and my brother Paulo brought home stray dogs. They really did, your honor.

Like a lot of us in this world, Tania has faced a lot of challenges, difficulties, and struggles; however, she overcame a lot of those obstacles. They made her stronger and, at times, afraid to be vulnerable and open up with others. We all process trauma differently. I honestly feel that she internalized a lot of her trauma and suppressed it. I hope she is able to heal through all of this.

Tania is a very resourceful, intelligent, articulate, caring, and insightful person. Her ability to assist others within the community should not be restricted or restrained. If she is placed in a facility, she will only be another burden on the taxpayers. Under house arrest, Tania will still be able to volunteer and give back to the community. All thanks to technology. She can accomplish several tasks remotely. Keeping her productive and resourceful while rehabilitating.

I am not defending or diminishing the crime she has been found guilty of; I'm simply humbly asking that she be shown some compassion and mercy. The future of our Tania is at your mercy, your honor. Please don't break her heart and her spirit by placing her in a facility. I am afraid that if she were to be put away in a facility, it would break her spirit and her faith in humanity. Regardless of the outcome and your decision, please know that Tania is profoundly loved by all of us. She is the first grandchild in the family, on both sides. She entered this life already loved.
Thank you again for your time and attention to our plea!

Kind regards,

Aldina F. Carvalho

Dear Judge

My name is Aline Lopes. I am Tania Anderson's younger sister. My sister has been one of the most important people in my life for as long as I can remember. For as long as I have been alive, she has made it her personal goal to ensure that I would always be safeguarded. Our mother immigrated to the United States when I was only a toddler, and my brother was about 4 years old. My sister has always felt a personal responsibility to take care of myself and our brother. As the older sister she is always the leader.

Tania moved to the United States approximately four years before my brother and I.  At the age of 15 she helped my mom to organize, and raise enough money to send for my brother and I. When we arrived in the United States, right away, she went to work on teaching us how to speak English, and how to navigate our new city. She was the key factor in my brother and I's integration into American culture. She ensured that we understood the culture, and also the dangers.

Throughout my adolescence my sister was the person who ensured I paid attention to my education. She ensured that I never lost hope in times when life felt hopeless. She worked tirelessly, during the years of her adolescence, to assist my mom financially. She did everything in her power to help my mom, raise my brother and I. She was always the one to set my curfews, and the person who assisted me when I needed help with my studies. She never missed an important milestone in my life; always in the front row cheering me on. She never put herself first, but instead ensured that we would be safe and have happy childhoods.

My sister's generosity and caring extends to everyone around her. She has always been the friend that everyone goes to for help. She is always the first to help when a neighbor is in need or anyone is without. Over the years I have watched her take care of so many different people, during their lowest moments. Her altruism was my inspiration for studying psychology, and my working primarily in social work and community organizing.

I've always been inspired by my sister's work ethics and her courage to chase her dreams. I've watched her build a luxurious boutique from four bare walls. I've been right by her side as she built a production team that would foster one of the biggest artist collaborations in the city. I watched as she created opportunities, where artists could equitably practice their art. These same opportunities also served as safe spaces for artists to talk about mental health, and to explore the ways mental health has affected their lives. I witnessed the way she was able to inspire other business owners to donate their time and talents in order to uplift the disadvantaged art community in Boston. Myself being one of these artists.

I am writing this letter in hopes that I could give you a snippet into the type of person my sister is. It was difficult writing this letter because there are so many aspects of my sister's talents and or altruistic tendencies worthy of mention. I could write a short novel if I were to go into details about how talented, giving, and loving she is. I hope that at the very least you can get a sense of who she is to me through this letter.  I respectfully and humbly ask that you consider the type

of person she is and the contributions she has made to her community and her family as you consider sentencing.

July 9, 2025


Dear Judge Talwani,

I am writing with great respect to request leniency in the sentencing of Tania Fernandes Anderson. I do not seek to diminish the seriousness of the charges brought against her, nor do I wish to excuse any wrongdoing. Rather, I hope to provide context about her character and commitment to positive change, both personally and within our community.

I have known Tania through her public service as the Boston City Councilor representing District 7, where I have been an active constituent for over 60 years. In every interaction, she has shown herself to be a thoughtful, visionary leader, someone who is not only goal-oriented but also genuinely invested in the well-being of others. Her leadership has always reflected a unique combination of strategic thinking, compassion, and a deep sense of responsibility to the community.

I have personally witnessed Tania's dedication to her community. One memorable example was last summer, during a visit to a Boston Public School where students had created an outdoor classroom and vegetable garden. Councilor Fernandes Anderson engaged with the children enthusiastically, listening as they explained their project and proudly invited her to sample their harvest. Her warmth and attentiveness made a lasting impression on both the students and the adults present.

Tania has consistently demonstrated a tireless work ethic, resilience, and the ability to unite people around a shared vision. This was especially evident during the Saturday District 7 Advisory Council meetings she organized, forums that brought together diverse voices from the community to engage in meaningful dialogue and action.

Her story is, in many ways, a classic American journey of resilience, struggle, and achievement. From arriving in Roxbury at the age of 10 to becoming Boston's first African immigrant and Muslim city councilor, Tania  broke barriers and inspired countless individuals. Her passionate advocacy for racial equity, her grassroots efforts to build inclusive government, and her unwavering support for families, both as a parent advocate in Boston Public Schools and as a volunteer at her mosque, highlight the depth of her service.

While recent events have cast a shadow, I believe they do not define who she is. Tania Fernandes Anderson is a person who has given much to her community, and I sincerely

believe she has the capacity for growth, reflection, and continued contribution. I respectfully ask that you consider her history of service and her potential for redemption in your sentencing decision.

Thank you for your time and thoughtful consideration.

Sincerely,
Alma Wright

Dear Judge Talwani,

   My name is Amani Lopes and I'm Tania F Andersons niece. Tania's giving and kind character has never faltered. My aunt has always taken care of everybody around her especially me. Giving foster children a place to call home, and being an extra parent for even me, Tania has always been a pillar in our community.

   To me personally my aunt has always been my hero. Anytime my parents have struggles or can't handle something immediately, Tia Tania was there. I never had to yearn or feel less than because my aunt has always taken care of it. She's helped me through every stage of my life, and I've watched her give her whole self to others. My aunt Tania is the kind of  person to give someone the last dollar in her pocket although she might not be paid till tomorrow. She's always made sure any and everybody she came in contact with is safe, healthy, and watched over. Despite all of the work Tania does in the city council she still found time to custom make my prom dresses. She does anything just to make me feel special loved and taken care of.

   Your Honor, we ask that you have mercy on Tania Fernandez Anderson during your sentencing on July 29 at 3pm, because she is a woman of the people with good character. She is somebody I along with many others rely on for mental and physical support.

Sincerely,

Amani Lopes Mercury

Dear Judge Talawani,

I am writing to wholeheartedly express my support for Tania Anderson, who is currently before your court. I have had the privilege of knowing Tania for several years, and I can confidently attest to her exceptional character, compassion, and dedication to helping others.

When I first met Tania, I was a client in inpatient psychiatric care. As a transgender individual, I was facing significant, life-threatening abuse. Despite following all the appropriate avenues to try to resolve the abuse within the Massachusetts Department of Mental Health (DMH), I was met with indifference or hostility. As a result, I began to contact people in positions of authority outside of the system. Tania was the first person to not only listen to my concerns but also take action to support me. She maintained regular contact with me, even after I was no longer a constituent, and continued to advocate on my behalf for years.

Tania's advocacy was instrumental in helping me navigate a complex and often hostile system. She took the time to meet with the Commissioner of the Department of Mental Health to discuss my case, and her efforts ultimately helped me avoid being discharged into homelessness. Instead, I was transferred to a safe hospital where I am currently receiving the care and support I need. Her intervention was literally a lifeline, and I am not sure that I would be alive today if it were not for her friendship, guidance, and support.

What struck me most about Tania was not only her effectiveness as an advocate but also her kindness, empathy, and genuine concern for my well-being. She took time out of her busy schedule to visit me, providing emotional support and reassurance during some of the darkest moments of my life. Her responsiveness, caring attitude, and commitment to helping others were evident not only in our personal interactions but also in her work as a public servant. I had the opportunity to attend online constituency meetings, where I was impressed by her ability to listen, respond, and address the concerns of everyone she encountered.

Tania's character is a testament to her exceptional leadership and dedication to public service. She is a shining example of what it means to be a compassionate, effective, and caring public servant. I urge you to consider her outstanding character, her tireless advocacy on behalf of marginalized communities, and her unwavering commitment to helping others when determining her sentence.

In light of her selfless service and dedication to the well-being of others, I respectfully request that you show leniency and mercy in this case. Tania has already demonstrated a deep commitment to making our community a better place, and I firmly believe that she will continue to do so in the future.

Thank you for taking the time to consider my letter. I hope that my words will provide a more complete picture of Tania's exceptional character and the profound impact she has had on my life.

Sincerely,

And Steiner



To the Honorable Judge Talwani:

I am writing you in support of leniency for Tania Fernandes Anderson at her upcoming sentencing hearing on July 29th. I have known Tania for many years, having been childhood friends with her brother-in-law. I have personally witnessed her deal with devastating circumstances yet continue to help her family, friends, and community. I was an active donor to her campaign and truly believe in my heart that she is a person of sound character despite any recent actions that may indicate otherwise.

Tania has always been there for me in times of need with willingness to not only listen, but to help out as well. She has provided me with moral and spiritual guidance during difficult times in my life, like when I went through a divorce at the outset of the COVID pandemic. I have friends in the district she served that were in need of services and were not able to find any assistance until Tania became their elected official.

I write to you not only as a citizen of the Commonwealth of Massachusetts, but as an attorney that has seen first-hand the devastating and debilitating effect that incarceration can have on individuals. Tania has much to offer the people in her life and could do so much more effectively from home. I humbly request that you take into account my genuine and heartfelt endorsement of Tania as a person when deciding the best way to impose sentencing.

Sincerely,

Andrew S. Boyle, Esq.

Angela Williams-Mitchell

████████████
████████████

Honorable Judge Indira Talwani
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Sentencing of Tania Fernandes Anderson – Request for Leniency

July 14, 2025

Dear Judge Talwani,

I am writing to respectfully ask for your compassion and consideration as you prepare to sentence former Boston City Councilor Tania Fernandes Anderson. My request is not rooted in denial of the charges to which she has pled guilty, but rather in recognition of the totality of who she is—her humanity, her contributions, her mistakes, and her capacity to repair harm and continue to serve our community in meaningful ways.

I met Ms. Anderson four years ago during her first campaign for the District 7 City Council seat. As a moderator for a candidate forum, I had the opportunity to observe her conviction, vulnerability, and unpolished honesty. When she won the seat, she appointed me to represent her office on the ABCD Board of Directors—a role I had previously held under her predecessor. In that appointment, I saw her honor continuity, community trust, and shared leadership.

I've worked in and around Boston's civic and community systems for decades, and I can say this: Ms. Anderson did the work. She didn't just hold offices, she showed up. As Chair of the City Council's Ways and Means Committee, she held multiple public meetings each week to demystify the city budget. She translated what had historically been closed-door, inaccessible processes into community education. That had never happened before, not in my decades of civic engagement.

Ms. Anderson also convened the District 7 Advisory Council, where we met every week for nearly three years. These weren't symbolic meetings. They were spaces for strategy, accountability, resource-sharing, and policy conversations. That work led to the creation of the District 7 People's Handbook, a blueprint for community-informed governance that any elected, appointed, or civic leader could learn from—and that everyday residents of Boston could use as a resource.

Beyond her public service, Ms. Anderson has lived a life of community care. She has been a foster parent to more than a dozen children, in addition to raising her two biological sons. She worked early in her career as a trauma-informed social worker and parent advocate, supporting survivors of sexual violence and families in crisis through the Boston Public Schools and the Roxbury Multi-Service Center. She managed programs for women experiencing homelessness, assisted small businesses through Bowdoin-Geneva Main Streets, and developed youth enrichment programs in theater, fashion, and art that consistently drew sold-out audiences at the Strand Theatre.

None of this erases her legal missteps, but I do believe they stem from a place of complexity, not malice. Ms. Anderson's life has impacted thousands in ways a single headline could never capture.

Respectfully, I ask: What would be the true purpose or public benefit of sending her to jail for a year and a day in prison, followed by three years of supervised release, and restitution of $13,000, as recommended by prosecutors, or more as allowed by statute? Suppose justice is to be restorative rather than solely punitive. In that case, community service may offer a path forward that acknowledges wrongdoing, repairs harm and allows Ms. Anderson to continue doing good work. Communities like Roxbury—already overburdened and under-resourced—need her contribution more than they would benefit from her absence.

My intent is not to minimize or dismiss Ms. Anderson's actions, but to elicit a restorative-not punitive—response. Incarceration in this case would not serve the public interest. The cost will fall on all of us, not just in taxpayers' dollars, but in the harm it would cause her family, those who depend on her, and the unrealized potential she still carries. I firmly believe her skills, her lived experience, and her accountability could be better used in service—supporting organizations, mentoring youth, and helping families navigate the very systems she once did as a public servant.

Judge Talwani, I appeal to your wisdom, compassion, and sense of justice that recognizes complexity. Ms. Anderson is more than a mistake. She is a neighbor, a mother, a mentor, a civic educator, and a daughter of Roxbury who, despite this moment, still has much to give.

Thank you for considering my request for leniency. Thank you for listening to the voices of residents who still believe in the power of redemption, healing, and community repair.


With respect,

*Angela Williams-Mitchell*

Angela Williams-Mitchell

███████████████

██████████████████████

█████████████

Anh Nguyen


April 24, 2025

The Honorable Indira Talwani
United States District Court
District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02110

Dear Judge Talwani,

My name is Anh Nguyen, and it is with a heavy heart that I write to you today regarding Tania Fernandes Anderson, someone I have come to know and deeply care for over the past several years. Our connection began while she was a business client of Bowdoin Geneva Main Streets, where I served as Executive Director.

Through our interaction, I recognized her artistic talent, deep messaging and ability to connect to the community early on and mentored her to eventually become the Executive Director. From the very beginning, I was struck by Tania's bright spirit and her passionate commitment to making a difference in her community. She is a remarkable artist and dress maker and possessed a remarkable drive and a genuine desire to serve the people of Boston. I witnessed firsthand her dedication to her work and her sincere efforts to uplift those around her, a community facing significant economic challenges as evidenced by the city's own data on poverty rates. As a first generation Vietnamese American, I can recognize the rare quality of navigating the larger American culture and bringing resources and knowledge back to your community. Willfully, I stepped aside because she was the rightful leader as a multi-lingual mother and wife who connected with both Muslim and Christian communities.

My mentorship with Tania revealed a passionate advocate for her community, someone deeply aware of the systemic barriers her constituents faced. Knowing Tania, I am certain that she is grappling with the gravity of the situation and the impact it has had. I sincerely hope that as you consider her sentencing, you will also take into account the bright, dedicated woman I had the privilege of mentoring – a woman who, I believe, still has the potential to contribute positively to society in the future. An overly harsh sentence risks extinguishing that potential entirely and reinforces the double standard that Black people face, particularly in this time in history.

I sincerely hope that as you deliberate on Tania's sentencing, you will consider not only the charges themselves and the systemic economic issues impacting her community, but also this concerning pattern of scrutiny towards Black leaders in Boston. A truly just outcome must account for these complex realities.

Thank you for your dedication to justice and for your thoughtful consideration of these critical contextual factors.

Sincerely,

Anh Nguyen

July 14, 2025

Armindo Goncalves

████████████
████████████

Honorable Indira Talwani
United States District Court for Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: Letter of Leniency for Ms. Tania Anderson

Dear Honorable Talwani,

I am writing to respectfully leniency in the sentencing of Ms. Tania Anderson who is scheduled to appear before your honorable court for sentencing on July 29, 2025. I have personally known and worked closely with Ms. Anderson for approximately 15 years as a professional colleague during my tenure with the City of Boston as well as a community activist.

During this period, I have known Ms. Tania Anderson to be very dedicated, kind, hardworking, and devoted to individual to her family and community. While I understand the seriousness of the charges that has been brought against her and that she needs to be held accountable for her actions, I believe this incident does not reflect her true character.

Since the incident, she has shown genuine remorse and a strong desire to make amends. She was and continues to be a strong advocate for the less fortunate members of our community, especially the immigrant families in the City of Boston. She has been a strong voice for the voiceless in our community, and I sincerely urge you to grant her house arrest so that she may preserve her strong ties and invaluable service to our community.

I respectfully ask that you look at the good works and the many lives she has positively impacted during her tenure as an elected official. A more lenient sentence would allow her to continue supporting her family while still being held accountable. I strongly believe that no one is beyond the fall of grace, and more importantly redemption.

Thank you for your time and consideration,

Armindo Goncalves

Dear Honorable Judge Talwani,

My name is Bayle Vines, and I am a proud staff member in the office of Councilor Tania Fernandes Anderson. I have had the honor of serving on the District 7 team under Councilor Anderson's leadership since July 2024. I have had the opportunity to work closely with her and observe firsthand her deep, unwavering connection to the community. I can confidently say she has been one of the greatest gifts in both my personal and professional life.

Councilor Anderson's passion for service is truly infectious. I wake up every day inspired to serve the community, and that motivation is fueled by her example.

I will never forget one moment in particular that captures who she is: a woman in distress called, having lost her housing and unsure where to go with her child. A call that most in her position would have passed on to a staff member, Councilor Anderson personally spent the rest of the day ensuring the woman and her baby had a warm and safe place to stay. This is just one story in a stack of many. It feels like every person I meet in the community has a touching anecdote, whether it's how she gave them a ride to an appointment, donated handmade dresses, or simply listened when no one else would.

Even through this challenging time, she has remained thoughtful and dependable, consistently checking in on our team and prioritizing our mental health. Her care and leadership during hard times are just one example of the way she shows up not only for us but for her family and the entire community.

Tania's presence is truly irreplaceable, both in her family's life and within the community. To remove her from society would be a profound loss not only in the lives she has already touched but in the countless lives she will undoubtedly uplift in the future. I respectfully and sincerely ask you to show mercy and allow Tania to remain with those who depend on her most.

I am a better employee, a sharper critical thinker, and a more grounded public servant because of working for Councilor Anderson. Arguably more important, I am a better person simply for knowing Tania Anderson.

Sincerely,

Bayle Vines

**Date:** July 9, 2025

**Subject:** Ms. Tania Fernandes Anderson Sentencing

**Dear Honorable Judge Indira Talwani,**

My name is Robert (Bob) L. Barney, and I have been a resident of District 7 in Boston for the last thirty years. I retired from Gillette/P&G after a twenty-six-year career, and I am currently working part time as a supply chain consultant in the consumer products arena. Over the last few years, I have become active as a volunteer in many civic and nonprofit organizations that support both my district and city. Once I entered my volunteer world, I became aware of Ms. Tania Fernandes Anderson and her advocacy work for District 7 and the city overall. I am writing to you to provide you with my personal view and experiences over the last four years. My interaction and experience with Ms. Fernandes Anderson have been positive, thoughtful and focused on equity but most importantly supporting her constituents and those historically ignored or marginalized.

I often think about Ms. Tania Fernandes Anderson's priorities and her focus as a mother, a wife, a person of faith and last but equally important, her focus on how to support her diverse constituency. In the last few years, I have seen an elected official who gives so much of her time, energy and dedication to the community. Her intelligence and passion for her work is unparalleled and well above any other elected official at the local or state level. She answers every email, every call, regardless of who they come from or when they come in on any subject. I often saw her move across borders and groups of her district to support those that did not feel supported. She has no boundaries when help or advocacy is needed by people or organizations with the greatest, most deserving or critical needs.

When I have asked for help or guidance within the complex city government world I, like others, have been supported with timely communication and action. I have faced things like inappropriate zoning, monstrous development, licensing, broken sidewalks, rat issues, etc. and have felt energized by her commitment to do the right thing regardless of the barriers. Big or small, support was given. Getting this support from a city councilor provides a sense of energy to neighbors because often in the past things were ignored or unanswered. Her ability to communicate the truth is inspiring and reflects her commitment to justice for everyone. She always takes the morale road versus the popular road.

Her life has also been filled with challenges and successes. Her city hall office wall was filled with pictures of humanitarian heroes such MLK, Malcom X, Gandi and many, many others. Her inspiration is from people who made differences in our world, and I see her actions as pure and positive. Standing out in the crowd as black Muslim woman who wears a hijab is hard but her faith in God and people is strong and allows her to move in a positive direction.

Of all the people I have known in my life she has touched so many people, at her young age, with the goal of improving their quality of life. Ms. Tania Fernandes Anderson's character has always been strong and intact. Her intelligence, drive, compassion is unparalleled and her continued presence in our community is so important to continue to drive equity, fairness and success for all of her community.

As Ms. Tania Fernandes Anderson faces sentencing later this month, I implore the court to consider her background, the accused crime and her lifelong focus on community. Please be lenient in her sentencing.

Sincerely,

Bob Barney

Robert (Bob) L. Barney

Supply Chain Consultant



**Boston City Council**

**BRIAN WORRELL**
*Councilor – District 4*



**Councilor Brian Worrell**
Boston City Council, District 4

**7/8/25**

**To the Honorable Court:**

I write this letter to speak to the Tania Fernandes Anderson I have come to know—my colleague on the Boston City Council and a public servant who has dedicated much of her life to advancing equity and justice in our city.

I want to begin by acknowledging that I am fully aware that Tania has pleaded guilty and that the charges brought against her are serious. I do not take that lightly. As an elected official myself, I understand the weight of public trust and the responsibility we carry to uphold both the law and the confidence of the people we serve.

At the same time, I have come to know Tania as someone who has led with deep conviction, often shaped by her own life experiences. She is the first African immigrant and Muslim woman to serve on the Boston City Council—a trailblazing achievement that came with both pride and pressure. In her role, she has advocated fiercely for those who are often ignored or overlooked: immigrants, low-income families, youth in crisis, and communities facing systemic injustice.

Her leadership has centered care, healing, and access to opportunity—whether it was pushing for mental health investments, reimagining public safety, or helping residents navigate complex city systems. Tania has never shied away from difficult conversations or bold ideas. While not without missteps, her intentions have always been rooted in service.

What stands out most to me is her willingness to take responsibility and to grow. Her decision to accept accountability shows a recognition of the seriousness of the situation, and I believe it reflects a person who is ready to learn from this chapter and continue contributing meaningfully to her community.

Tania is not defined solely by this moment. She is a mother, a mentor, and a resilient leader who has helped shape the lives of many. I offer this letter with respect for the court's process and with hope that her demonstrated contributions, character, and potential for continued growth will be given full consideration.

Respectfully,
**Brian Worrell**
Boston City Councilor, District 4

April 23, 2025

The Honorable Indira Talwani
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

**RE: Letter of Support for City Councilor Tania Fernandes Anderson**

Dear Judge Talwani,

I am writing this letter to express my full support for City Councilor Tania Fernandes Anderson and to respectfully request leniency in any decisions regarding her current legal matter. While I do not seek to diminish the seriousness of the situation, I believe it is equally important to consider the full context of Councilor Anderson's character, life, and longstanding commitment to her community.

Councilor Anderson is more than an elected official—she is a fierce advocate, a bridge-builder, and a tireless public servant who has dedicated her life to uplifting those whose voices are too often overlooked. As an immigrant and single mother, she has overcome tremendous personal challenges while raising two exceptional sons—one proudly serving in the United States Marine Corps and the other pursuing a college education. Her devotion to her family and her community speaks volumes about her resilience, integrity, and sense of responsibility.

In her role as a City Councilor, Tania Fernandes Anderson has consistently shown up for her constituents. She has worked tirelessly to ensure the residents of her district are seen, heard, and served—whether by advancing policies that promote equity or by showing up in person to meet with families, advocate for resources, or mediate complex community issues. She has earned the trust and respect of those she represents through her consistent, heartfelt commitment to justice and inclusion.

Councilor Anderson has made a mistake, and she has accepted responsibility. But I firmly believe that mistake should not eclipse the years of public service and the countless lives she has positively impacted. Her continued presence and leadership are critical to the communities she so passionately serves.

Silencing her voice would be a loss not only to her district but to the greater Boston community. I ask you to consider her full story, her contributions, and her capacity for continued service as you deliberate on this matter.

Thank you for your time, and for your thoughtful consideration.

Sincerely,

[Bridgette Wallace](#)

July 15, 2025

To:     Judge Talwani

From:   Carlos Castillo

Re:     Tania Anderson

Your honor,

I've taken a moment to write to you in a plea for leniency and a second chance for Tania Anderson. I have known Tania for over ten years and have seen her dedicate her life to her family and community. I've seen her over work herself in her pursuit and determination to make positive changes in her district. As city councilor of district 7 she has pushed developers and business leaders to do more for her constituents and to improve their quality of life and access to affordable housing and job opportunities.

While I recognize the seriousness of the allegations, I have seen how painful this past year has been for her and her family. Between the media and her colleagues, I am not sure which has been more punishing and I only ask that you take into consideration that she certainly has been paying for these allegations way ahead of your scheduled sentencing. Tania's future will be plagued by this case and her ability to reintegrate into society as it relates to finding decent employment and providing for her family will be difficult.

A wrong turn has led her to you, I ask that you give her a chance and am confident she is on the right path. I strongly believe Tania will take this moment in her life to do even more positive and impactful good for all of us. Her future and next steps are in your hands, please give her a second chance. Thank you Judge Talwani

Sincerely,

Carlos Castillo

**The Honorable Judge Indira Talwani**
U.S. District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

**RE: Character Letter for Councilor Tania Fernandes Anderson**

*Dear Judge Talwani,*

*My name is Chantal Lima Barbosa, and I have had the honor of knowing Tania Fernandes Anderson for the past five years. My first interaction with Tania was during the pandemic when she served as the Executive Director of the Bowdoin-Geneva Main Streets. As a young Cabo Verdean woman who had just started working in the Mayor's Office in 2020, it was incredibly inspiring to see another Cabo Verdean woman in a leadership role, someone who not only cared deeply about the success of local businesses but also about the well-being of our community as a whole during such a challenging and unprecedented time.*

*Tania's work was never just about beautifying streets; it was about helping residents feel proud of their neighborhoods, seen and valued in their own spaces, and connected to essential resources. She genuinely cared because this is her community too.*

*I write this letter with full awareness of the seriousness of her actions. Yet, I still see the same woman I met five years ago: a daughter of immigrants, a devoted mother to resilient young Cabo Verdean men, a foster parent to children in need of safety and love, and a tireless advocate for her people. Time and again, I have witnessed Tania put aside her own needs to support others through moments of hardship, injustice, and crisis.*

*Tania has often been a voice for those who have none. And now, I feel compelled to raise my voice on her behalf. I believe she is taking full responsibility for her actions and has embraced this painful chapter as a profound life lesson, not only for herself but also for those of us who look up to her. For all the times she has stood by us, we now stand by her.*

*I humbly ask the Court to consider granting Tania the mercy of serving her sentence at home. This would allow her to continue caring for her children, her extended family, her friends, and the broader community she has given so much to. Home confinement would offer her a path to healing, both for herself and for those impacted, without causing further harm to another family in our community.*

*Her story, with its highs and its lows, holds the potential to become a powerful testimony, one that teaches accountability, but also compassion and redemption. Does justice require removing her from her loved ones when she can still serve, learn, and give back from home?*

*I respectfully ask the Court to show mercy in sentencing, not to diminish accountability, but to consider a form of justice that allows Tania to remain connected to the community that needs her.*

*Thank you for taking the time to hear my voice and consider my perspective. I sincerely hope we can come together in support of allowing this remarkable woman the chance to reintegrate into our community as closely and constructively as possible.*

*Sincerely,*
**Chantal Lima Barbosa**



**Christopher Worrell**
**State Representative**
**5th Suffolk District**

**Committees**
Vice Chair Public Safety
& Homeland Security
Steering, Policy and Scheduling
Financial Services
Education

**July 14, 2025**

The Honorable Indira Talwani
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Dear Judge Talwani,

I write to you not only as a State Representative for the 5th Suffolk District but as a son of this city who has seen its struggles, its triumphs, and the transformative power of grace.

Councilor Tania Fernandes Anderson, who, like many of us who have stepped into public life, has faced both public scrutiny and personal challenge. None of us come to this work perfect. We come as people — shaped by experience, formed by community, and sometimes humbled by our own mistakes.

As someone who has been given a second chance in life, I know personally what it means to be offered the opportunity to learn, to grow, and to serve in a greater capacity. That second chance changed the trajectory of my life. Today, I represent the most diverse and often most overlooked district in Massachusetts, and I do so with humility and gratitude — because someone extended grace to me.

I cannot speak to the legal specifics before you, but I can speak to the character I've seen in Councilor Fernandes Anderson: a woman of immense compassion, cultural understanding, and an unrelenting desire to serve her community. She has faced challenges, yes, but she has also shown a willingness to be accountable, to learn, and to evolve.

There is a quote I often return to: "Grace means that all of your mistakes now serve a purpose instead of serving shame. "If you see it fit to do so, I ask that you consider grace in your deliberation. Because when we extend grace — especially to those who dedicate themselves to public service — we not only acknowledge their humanity, but we also strengthen our collective one.

Thank you for your time, and for the weighty responsibility you carry.

With respect,

Christopher Worrell
State Representative
5th Suffolk District

14 July 2025

**The Honorable Judge Indira Taiwani**
John Joseph Moakley U.S.
1 Courthouse Way, Suite 2300
Boston, MA, 02210

**Re: Letter in Support of Councilor Tania Anderson**

Dear Judge Indira Taiwani,

I am writing as a dedicated and active member of the Roxbury Community to respectfully express my strong support for Councilor Tania Anderson. As Your Honor considers matters that may affect Councilor Anderson's future, I ask that you take into account the tremendous positive impact the Councilor has made on our community — particularly a community that has historically been overlooked and underrepresented.

When Councilor Anderson began her career in office, she inherited no roadmap, no operational structure, and no meaningful transition from her predecessor. What she stepped into was, quite frankly, a void. And yet, instead of being discouraged, she committed to building from the ground up. Through trial and error, she created a foundation that not only brought stability but positioned our community to be heard and served in ways we hadn't experienced before.

Councilor Anderson was often one of the only voices truly listening to the concerns of Roxbury and District 7 residents. At a time when our community's needs were frequently ignored, she made it a point to be present, accessible, and responsive. Over time, Councilor Anderson became a trusted advocate who fought for fairness, resources, and visibility for all District 7 neighborhoods. Whether she was securing vital services, elevating community concerns, or simply showing up when it mattered most, she especially gave our community something invaluable: hope and representation.

What's more, even as Councilor Anderson prepared to leave office, her commitment to our future did not waver. Councilor Anderson carefully assigned her staff to ensure every part of District 7 remained represented, and thoughtfully crafted a roadmap, a detailed tome of knowledge, for her successor — ensuring that the momentum and progress she and the District 7 Advisory Council worked so hard to create would continue, regardless of who holds the office next.

I do not seek to excuse any missteps that may have occurred as no public servant is without flaws, however I strongly believe that justice should consider a person's entire body of work — especially when that work has uplifted and empowered (our) marginalized communities, I ask that that work be factored into any decision you make.

Our District 7 community is stronger, more visible, and more united because of Councilor Anderson's work.

I respectfully urge Your Honor to consider leniency in any sentencing or decisions affecting Councilor Anderson's future. True justice acknowledges not only accountability but also a person's growth, commitment, and capacity to contribute meaningfully — all of which Councilor Anderson has demonstrated time and again.

Thank you for your time and consideration.

Respectfully,


**Connie Forbes**
Roxbury Advocate and District 7 Resident 60+ years

Prophetic Resistance, Boston

██████████████

████████████████

July 13, 2025

Dear Honorable Judge Talwani,

I am writing to express my support for Tania Anderson and respectfully request that she be sentenced to house arrest rather than incarceration in a detention center.

I first met Tania nearly a decade ago when she was managing a campaign for her cousin, who was running for Suffolk County District Attorney. I later reconnected with her during her own campaign for Boston City Council representing District 7.

Over time, I came to know Tania personally, and she shared a story that has stayed with me and continues to solidify my unwavering support for her. She told me about her upbringing as the eldest of two children, raised by a mother struggling with trauma rooted in the experience of being a poor immigrant trying to assimilate into American society.

Tania often had to step up as a caregiver. At a young age, she worked to help support her family and extended family. She shared how, one winter, she bought their first Christmas tree and dragged it home with her younger sibling through the snow—determined to give her family a moment of belonging in a society that had often overlooked and rejected them.

That sense of responsibility, resilience, and hope is core to who Tania is. She is humble, yet fierce—deeply shaped by her experiences growing up in Academy Homes an impoverished neighborhood in Roxbury and witnessing firsthand the structural challenges that many people of color face daily.

The situation Tania now finds herself in is not unique to many struggling residents of Boston. According to research, the median net wealth of Black families in Boston is just eight dollars. It's an almost unimaginable reality, yet one that reflects the structural inequities that can lead people, even those with good intentions, into complex and difficult situations.

Too often, society fails to look at the full picture. We don't account for the childhood trauma, the early responsibility placed on young shoulders, or the lifelong sacrifices made out of necessity. We overlook the fact that people make decisions not in a vacuum but in the context of generational struggle.

What stands out to me most is that Tania has taken accountability. She has pled guilty, avoiding the need for prolonged court proceedings and saving taxpayers money. So often, we ask that people—especially those in public life—take responsibility for their actions, no matter the circumstances. Tania has done exactly that, and she has done so with humility.

Just as she once carried that tree home for her family, she is now carrying the weight of accountability for her actions. It cannot be easy, but I believe her strength is bolstered by the support of those who know her heart and her history. In the spirit of restorative justice, Tania is not only taking responsibility but is committed to ensuring that she never causes such harm again. That, too, is Tania.

For many years, Tania has cared for this community—as a devoted big sister, the wife of an incarcerated husband, and a dedicated city councilor for District 7. As someone who has served as a legislative aide to a State Representative, Director of Constituent Services for the Boston City Council, and Administrative Director for Aid to Incarcerated Mothers, and now the ED of a faith based social justice organization that servers the marginalized Black and Brown residents in Boston neighborhoods, I have seen how policy failures and systemic inequality devastate communities like ours.  Unfortunately, one mistake made out of  a decision from struggle lands so many in the judicial system and or incarcerated which has lasting affects for families for generations.

I truly believe that Tania's skills, compassion, and lifelong dedication to serving others would be far more impactful if she were allowed to serve her sentence under house arrest rather than in a detention facility.

I respectfully ask that you consider leniency in her case, recognizing the accountability she has already taken and the profound good she continues to offer our community.

Sincerely,
Danielle R. Williams

ED, Prophetic Resistance, Boston

July 13, 2025


To: Judge Talwani

From: David l. Avery

Re: Letter of Reference, Tania Fernandes-Anderson


Dear Judge Talwani, I have known Tania Fernandes-Anderson for the past 15 years. I first met her while working as a supervisor at Pyramid Builders Mental Health Services. Tania has always been committed to helping the community. A clear example of this was her relentless effort to help the Cape Verdean community improve their quality of mental health services. She was a relentless, tireless, worker.

Tania has never posed a risk to the community and is deserving of your leniency. Tania exercised an error in judgement and betrayed the public's trust. However, these actions do not overshadow all her great work in the community. I am again imploring the court to show leniency.


Sincerely,

David L. Avery

Dear Honorable Judge Indira Talwani,

I hope this communication finds you well. I am writing to express my strong belief that Tania Fernandes Anderson should receive mercy via an alternative sentence to imprisonment come her court date on July 29th, 2025. It has been my profound honor to know Tania for over 30 years. I can say, with confidence, that she is one of the hardest working, most productive, and most giving people I've ever met. This is not hyperbole, but rather, a statement of fact as sure as the night is dark and one plus one equals two.

How can I speak with such confidence on this matter? Because my eyes have seen the evidence that verifies said comments. Tania came here by herself at the age of 10 from Cabo Verde. She assisted in an emergency delivery of a baby at 12. By the age of 13, she was working to support her family. By the time I met her as a fellow student at the John D O'Bryant School Of Math & Science, she was working multiple jobs in an effort to both support her family in Boston and raise enough funds to pay for her siblings in Cabo Verde to settle here. At the tender age of 15, she had succeeded in doing so.

And over the next 30 plus years, Tania has persisted in being a giver. When someone has been down, Tania has been there to help them get up. Her community advocacy, her social work, her creation of small businesses, her use of theater, her foster parenting, and so much more, are a testament to a life of care, concern, and compassion towards her community.

It is ironic that someone who has given so much, stands accused, in this particular instance, of being a taker. It is a truism that no one is perfect, and everyone is fallible. But, I must reiterate, Tania Fernandes Anderson is one of the most giving and least selfish people I have ever come across. She doesn't need prison time to reflect on how she can be a contributing member of society; rather, she IS a contributing member of society. When we reflect on her attributes, we should consider that this is someone who can speak several languages, and who has worked her way up from her humble roots as an impoverished immigrant who lived in public housing without a command of the English language. We should consider that this is someone who family, friends, and community members have turned to for support, and without fail, she has done her best to deliver said support in a variety of manners.

Additionally, I would be remiss if I failed to mention what an incredible mother Tania is to her sons. I have known no one who loves their children more than she does. She has always made sure, regardless of her circumstances, that her children are well fed, well clothed, well educated, and that all of their needs are provided for. And they have

rewarded her yeoman-like work and buoyed her spirits by becoming exceptional young men of intellect and empathy.  As a parent, Tania has been endlessly creative, often taking the proverbial lemon and making lemonade so that her sons could thrive and reach their full potential. Her incredible bond and relationship with her children is one that should be allowed to continue and not be interrupted by the vicissitudes that imprisonment can create.

Quite honestly, I dare say that it would be a misuse of our justice system, and the resources it takes to imprison someone, to sentence someone such as Fernandes Anderson to prison. Rather, I ask for mercy on her esteemed behalf. I can think of no one more deserving of it. For today, as on any other day, I am proud to say that I know Tania Fernandes Anderson.

Sincerely,
David A. Silberg

5/30/2025



July 11, 2025

To:

**The Honorable Indira Talwani**

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2300

Boston, MA 02210

I am writing to you as the founder of Crossroad Counseling Services, and as a dedicated advocate for the mental health, stability, and well-being of families in our community. I respectfully ask the court to consider leniency for Tania Anderson and to allow her to serve any sentence as house arrest rather than incarceration.

While I fully acknowledge the importance of the legal system and the rule of law, I urge you to consider the profound impact that incarceration has on families, especially black families and other BIPOC communities. The research is clear: when a parent or community leader is imprisoned, the consequences ripple through generations, undermining family structure, economic stability, and mental health. Children of incarcerated parents are at higher risk for trauma, depression, and long-term disadvantage. Families are fractured, and the cycle of hardship is perpetuated.

Prison is not just a punishment for the individual; it is a sentence that too often punishes the innocent—children, elders, and communities who depend on their loved ones for support, guidance, and hope. For Black families, who already shoulder disproportionate burdens in our justice system, incarceration deepens generational wounds and erodes trust in the very institutions meant to protect us.

House arrest, by contrast, allows for accountability and supervision while preserving the possibility of family cohesion, continued employment, and community contribution. It opens the door for true rehabilitation—an outcome that benefits not only Tania Anderson, but her family, her community, and society.

I do not ask for disregard of the law, but for justice that is restorative and humane. I believe Tania Anderson can continue to serve and heal her community if given the chance to do so outside prison walls. Please consider the broader impact of your decision, and the hope that comes from a path of rehabilitation rather than separation.

Thank you for your consideration and for your commitment to justice that recognizes our shared humanity.


Respectfully,

**Donniece Watson, M.Ed., CAGS, LMHC**

**Founder/Executive Clinical Director**

**Crossroad Counseling Services, LLC**

███████████████

██████████

Dorothea M. Jones


Judge Indira Talwani
Boston Courthouse
One Courthouse Way
Suite 2300
Boston, MA 02210

July 16, 2025

Honorable Judge Talwani,

I write this email, to express my thoughts of the great example of consistent, hard working, inclusive and valuable work, Councilor Tania Fernandes-Anderson has been… in her service as the elected councilor, to the constituents of District 7.

I have been a resident of Ward 12, which comprises a portion of District 7, for over 80 years.

During my many years as a resident, I have worked to elect many candidates for office on the federal, state and local levels. We all know that promises are made ….but not many promises.. are kept!
However, I must say that Councilor Fernandes-Anderson has been the most consistent, in keeping her promises, to speak up, to be inclusive and transparent for her constituents.

From the beginning of her term as city councilor, she has made it her business to meet and organize community organizations and her constituents in District 7, to have a more knowledgeable outlook on what we could expect and ask, from city government.

Councilor Anderson, has kept her word and worked to ensure that her constituents were part and parcel of the conversations and decisions that were made on our behalf, by her ..in the Boston City Council.
She has held tutorials on the budget, to make sure we were knowledgable and included in the process of her decision making. In addition, Councilor Anderson has held weekly meetings scheduled every Saturday, since she was elected.

The meetings were always scheduled for two hours but if the discussions were involved with great communication between constituents ….the Saturday morning meetings were easily extended into Saturday afternoon….becoming not just a two hour meeting but quite possibly a 3 1/2 hour meeting. Those who could stay…did so…. and others who had to leave… were not slighted in the least!
We were very grateful and very much appreciative that Councilor Andersons' dedication to her constituents was not based on time but on hearing us and including us!

I have served as the president of the Urban League Guild, an auxiliary of one of Boston's oldest civil rights organizations, The Urban League of Eastern MA.  When we have had fundraisers, Councilor Anderson came….pulled up her sleeves and worked to ensure that everything went well! Councilor Anderson upon her arrival simply asked," What can I do to help!'

It is my opinion that the statement Councilor Anderson made upon her arrival at our fundraiser is who and what councilor Anderson is and what she does….Help people!

For everything that I believe and have seen for over 80 years of life in Boston, there has not been an elected official, in my opinion, who has been so transparent and consistent in her help to her community and her constituents.
That is why I so willingly and wholeheartedly know that I must speak up, to say that with Councilor Anderson's love of community and for the constituents in her district, she deserves leniency in her sentencing, that will occur soon.

It would be great if she could be committed to serve her sentence, doing community service, especially with young people or seniors….both who could greatly benefit by the compassion that Councilor Anderson has for those who are underserved. I believe her talents would be very useful in this way.
If not in community service…perhaps she could be monitored, with home confinement to serve her sentence.

I have the utmost respect for the challenge that lay ahead for both you and Councilor Anderson.

Please accept this statement, as my true testimony of the respect and love that I have …along with many other constituents for, Councilor Tania Fernandes-Anderson.


Your Truly,
Dorothea M. Jones

April 27, 2025

The Honorable Indira Talwani
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Talwani:

I am writing to you regarding Tania Fernandes Anderson, District 7 City Councilor. As
Executive Director of a nonprofit organization within District 7, I have had the privilege of
working closely with Councilor Anderson. She has consistently demonstrated strong
commitment, organizational effectiveness, and a deep dedication to inclusivity within our
community.

Councilor Anderson's establishment of the District 7 Advisory Council has significantly
contributed to transparent and inclusive governance. Her clear communication of policy
positions on her official website further exemplifies her professionalism and accountability to the
constituents she represents.

Given my experience working with Councilor Anderson, I believe justice would not be served
through incarceration. Instead, I recommend an alternative sentence structured as
follows:

1. A requirement of one year's worth (2080) of community service hours. These hours can
   be completed flexibly, such as 12 hours or one hour per day, until she has completed the
   2080 hours. If she completes 2080 hours in less than one year, that is fine. The hours can
   be paid or volunteer, but they must be supervised, and the person supervising must attest
   that the work was done, subject to perjury. The reason for the possibility of paid work, is
   full-time unpaid work would be a financial burden.

   In a community that has is one of the poorest in the City of Boston based on US Census
   data, which explains why we have more public housing than any other section of Boston,
   more gun crimes and significant health disparities, we need Councilor Anderson helping
   to meet the needs of the community, not in a cell passing time.

2. Mandatory completion of courses to obtain certification as a certified financial planner.
   She must complete the coursework; she doesn't have to take or pass the exam or become
   certified. The coursework hours count toward community service. As previously
   mentioned, Ms. Tania Fernandes Anderson represents one of the poorest neighborhoods

in the city. You must imagine what residents think when they are on SNAP benefits and live in public housing, and hear that their elected official can't make ends meet on $120,000 per year. Hopefully, she will learn enough to not only help herself but also help others in her community.

3. A condition prohibiting her from holding public office until she has fully completed her community service requirement.

I understand that her crime is non-violent, and she did not directly hurt a constituent. But it is not occurring in isolation, as other elected officials before her have fallen victim to the same temptation. It continues an unfavorable narrative. It continues a mindset of distrust of elected officials, Dorchester and Roxbury already have one of the lowest voting patterns in the city, and this does not help that. It is true that she stole some money from the taxpayers, but the bigger loss is leaving the community without adequate representation. she left her constituents vulnerable and without her voice or her ability to champion their cause. In that way, she hurt her constituents. Her action makes it harder for all politicians, and especially Black ones to obtain the trust of the community.

Thank you very much for considering this recommendation. I sincerely believe this structured, alternative approach will allow Councilor Anderson to positively contribute back to the community while effectively addressing her circumstances.

Respectfully,

Ed Gaskin
Executive Director - Greater Grove Hall Main Streets
Vice Chairman – Massachusetts Society for Discharged Prisoners

To Judge Talwani,

My name is Edwin Sumpter, a lifetime Boston resident and community organizer of Black Boston for over forty years. I have had the privilege to meet with Mayors, city and state representatives and Governors. I can honestly say that in my 40 years of working in the community, Tania Fernandes Anderson's dedication, humanity and compassion for others has always stood out since I've known her.

I had the privilege of attending the city council person's state of the city address in the South End last year to a room packed with residents of the South End. It was the young people in tthe room including members of her staff who watched her with pride in their eyes. I know many of them listening to her had to admire her and believed that they could indeed be a leader like her.

Tania has already paid a price for what has transpired. She has held her head high and shown bravery as she did becoming the first muslim woman to serve on the boston city council.

I understand the situation that now faces Tania and the decision you have to make regarding her sentencing.
If there is a possibility that Tania could avoid spending actual time in prison, yet serve her sentence via some sort of house arrest, I believe it would not only benefit her but her community and family that loves and respects her  as well.

I do hope that you consider my voice which may be my words bu are shared by many.

Thank you for your time and reading this letter.

Edwin Sumpter, Jr.



July 9, 2025

Honorable Judge,

I am writing a letter to you in support of leniency for Tania Fernandes Anderson.

I met Tania around 2015 when I worked for a community organization in Roxbury/Dorchester, MA where she provided interpretation at some of our meetings and was an active and thoughtful participant in our efforts to create a safe, healthy, stable, and vibrant community. In my role I supported local business owners and I witnessed Tania's passion and creativity as a small business owner in the arts/fashion economy in Uphams Corner. Since then I have continued to interact and collaborate with her in a professional context, primarily in her role at the District 7 City Councilor and mine as a community advocate. I saw her deep commitment to democratic processes and resident leadership in her role and appreciate how she made government more clear and inviting to a wide range of residents across Boston.

I know that Tania has overcome many barriers in her life to raise her kids, support her family at home in Cape Verde, run a business and become the first Muslim City Councilor. Although I haven't met her children or family, I know from hearing her speak of them what an important role her family plays in her life and how much she has poured into supporting them.

I can confidently say that Tania Fernandes Anderson poses no threat to public safety, in fact quite the opposite that she is an important leader that helps foster public safety in Boston. I hope that you will consider a lenient sentence for her.

Sincerely,

Eliza Parad



**Fatai A. Ilupeju, MD, MPH;** ███████████████████████

**Tel:** ████████     **E-mail:** ██████████████

The Honorable Judge Indira Talwani,
Federal Judicial Service
U. S. District Court, District of Massachusetts.
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210                    July 10, 2025

Dear Judge Talwani,

I am writing this letter to express my sincere support for a friend of mine and an avid supporter of our community, Councilor Tania Anderson, who is currently involved and convicted of a kickback scheme involving the theft of taxpayer money and subsequently plead guilty and step down from the council.

I am a Physician, and I have been working in Massachusetts for the past 31 years both in private and government hospitals. I am also a community leader, currently the President of Yoruba Community of Massachusetts and a member of Nigeria-American Multiservice Association as well as a founding member of Nigerian Islamic Society of Massachusetts. I am the immediate past President of Islamic Council of New England.

I have known Ms. Anderson for about 10 years, and can attest to her good nature and character, she is always willing and ready to join and support our causes in the community. Her contributions ranged from assistance with our scholarship programs for High School Seniors to College, to support of food pantry activities, encouragement to our youth to stay in school and shun vices and violence.
She is always available at the Mosque to assist other women with food preparation and serving, especially during Ramadan.
While I understand the severity of her actions, I believe Ms. Anderson has taken full responsibility for her mistakes and is committed to making amends. She is remorseful and actively working to rectify the harm caused.

Dear Judge, Talwani, I kindly request that you consider Ms. Tania Anderson's circumstances and potential for rehabilitation when determining her sentence. I believe that a lenient sentence, like allowing her house arrest, would allow her to continue the path towards redemption and continue to contribute positively to society.

Thank you for considering my request and God Bless.


Sincerely,


Fatai A Ilupeju, MD, MPH

July 19, 2025

Honorable Judge Indira Talwani
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Ste 2300
Boston, MA 02210

Your Honor,

I am writing to respectfully request your consideration of house arrest as a form of sentencing for Ms. Tania Fernandes Anderson. I understand the seriousness of the matters before the court, and I do not seek to minimize the gravity of the judicial process or the need for accountability. However, I believe that house arrest would serve as a just alternative in this case.

As Chair for the Greater Mattapan Neighborhood Council (GMNC), I have known her as a City Councilor and as a member of the Muslim community of Boston. My reason for writing is that I have only known Ms. Fernandes Anderson as having demonstrated a deep commitment to her community. She was the only Boston City Councilor who in their capacity created an education process for residents to understand how our city budget process works and a community-based website for District 7 residents with a focus on community engagement through education. Her weekly meetings with her constituents are still considered one of the best examples of how to perform outreach in a meaningful way. She accomplished this and her actions, as well as her ongoing responsibilities, reflect a person who cares greatly for the well-being of others. House arrest would allow her to maintain the essential roles she performs in support of her family. It would also ensure that she remains connected to the positive influences and obligations. She would still be required to return monies that were obtained illegally.

Allowing Ms. Fernandes Anderson to serve her sentence at home would also reduce the potentially disruptive impact of incarceration on her loved ones, particularly any dependents who rely on her daily presence and care. Furthermore, this approach aligns with the principles of restorative justice, which emphasize accountability while facilitating rehabilitation and continued contribution to society.

I trust in your wisdom and compassion as you review the facts and circumstances surrounding this case. I hope you will consider the possibility of house arrest for Ms. Fernandes Anderson, balancing the need for justice with the benefits of a sentence that allows her to continue serving her family and community.

Thank you very much for your attention to this request.

Respectfully,

*Fatima Ali-Salaam*

Fatima Ali-Salaam

July 14, 2025

To:     The Honorable Indira Talwani
        Judge, US District Court
        John Joseph Moakley Courthouse
        1 Courthouse Way, Ste 2300
        Boston, MA 02210

Subject:   **Request for leniency for Tania Fernandes Anderson**

Dear Judge Talwani:

My name is Ford Cavallari and I serve as Chair of the Alliance of Downtown Civic Organizations (ADCO), a coalition of the 10 largest greater downtown Boston neighborhood groups.  In 2022, I was introduced to then-City Councilor Tania Fernandes Anderson by ADCO's South End representatives.  Councilor Fernandes Anderson asked me to join her District 7 steering group, specifically to focus on affordable housing and Boston's lack of success creating subsidized units at the same pace as other similar metropolitan areas.  We began a series of fruitful group discussions, and I have continued to work with the D7 steering group wherever I can.

In my time working with Councilor Fernandes Anderson, I came to appreciate her talent and good character.  Having worked over the years with other high-potential City Councilors, including now-Mayor Michelle Wu, I saw in Councilor Fernandes Anderson a truly gifted organizer who understands and acts on citywide problems and opportunities more than most.  In a recent Boston Magazine profile on Fernandes Anderson I was quoted as saying "There is no other City Councilor who has been as much of a natural convener of people than TFA, not even Michelle Wu when she was on the City Council.  I've never seen anyone do it as well. It is democracy in action."

Councilor Fernandes Anderson has clearly made mistakes, and she acknowledges them.  She made some rash and sloppy decisions which ended up hurting her more than she could have known.  However, I can attest that, at the same time she made these hiring and financial missteps, she was diligently working on behalf of her constituents as much or more than other City Councilors.  In my view, Councilor Fernandes Anderson moved fast but at moments lost her way.

I respectfully ask that the court see its way to extend as much leniency as possible to Tania Fernandes Anderson.  Though some of her actions rose to a criminal level, I do not believe she is a criminal.  Indeed, I believe that an unincarcerated Tania Fernandes Anderson could still serve the District 7 community and continue to leverage her talents for the good of the people of Roxbury.

I have profound respect for the judicial process and the difficult balances that you must strike every day.  Here, I hope that you might strike that balance by suspending her sentence to avoid the prosecutor's recommended jail time.

With gratitude for your consideration, yours respectfully,

Ford Cavallari

Dear Judge Talwani,

I am writing in support of Tania Anderson. My name is Francine Abbott, and I have known Tania for 13 years now. She is the wife of my beloved Tanzerious Anderson and mother to Louis and Tarik. Through the years, I have witnessed Tania to be a great hands-on mother of two wonderful sons Louis, 26, and Tarik, 19. She has always worn many hats as far as supporting her family. Her ability to be a help and support to family members when called upon is unwavering, as well as being a good and supportive wife to her husband Tanzerious. Tania has a good heart and displays this on every encounter I've had with her and her children and family members. She's been a positive ear regarding listening with an open heart and giving mindful advice. My elderly mother also adored her! She has also put forth her talent and knowledge out to her community on several occasions with theater productions to allow Black artist opportunities they would not otherwise be afforded. With a heavy heart and a personal request, I am asking for leniency or mercy on her behalf in sentencing as I believe she should be at home for her Children and Family.

Sincerely,
Francine Abbott

*Francine Abbott*

Mrs. Francine Abbott.

July 11, 2025

Honorable Judge Indira Talwani
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: Tania Fernandes Anderson

Dear Judge Talwani,

I am writing in support of Tania Fernandes Anderson, whose dedication to Roxbury and all of Boston, especially young people, has been instrumental in supporting residents to use their voice to make change. She has worked closely with residents to take action for their communities including winning historic investments that have touched thousands of people's lives. She has worked tirelessly during many early mornings and late nights, including building strong and caring relationships with community groups and residents. As she takes responsibility in this case for her actions, I ask that you consider a sentence that does not include prison time and allows her to remain in the community. She cares deeply about her community, and rather than being incarcerated, she can use that time to take positive action. She has improved many people's lives and this can continue with a sentencing result that allows her to focus on investing in and serving the community.

As a City Councilor, Ms. Fernandes Anderson was exceptionally dedicated to young people and residents. In her role of Ways and Means chair, she structured budget hearings to allow youth, as well as adult residents, to make their voice heard. This included scheduling key hearings in the afternoon or evening, inviting young people to take a seat on the floor of the City Council chambers to testify as experts, and making City Council discussions about the budget more transparent and accessible. Once, she set up a computer in her office for a group of young people visiting City Hall to join a virtual hearing. She always encouraged youth, thanked them for their time and wisdom, and then referred back to young people's testimonies during deliberations. She created budget hearings focused solely on public testimony, including one that she held in Dorchester in the evening to allow many residents – including youth and seniors – to attend. She worked with her colleagues to advocate to prioritize young people in the budget, helping them file amendments so that youth jobs funding increased by about $6 million between 2021 and 2022, the biggest annual increase in Boston's history and an increase of about 60%. Due to efforts like this where she collaborated with young people and community members, Boston now hires about 3000 more young people each summer and about 1000-1500 more young people each school year, which makes a deep difference both in those young people's lives and in creating safe and thriving communities. The impact she made bringing residents young and adult into decision-making processes was enormous.

Ms. Fernandes Anderson has prioritized building close relationships with residents. As someone from a community background – including going through various struggles many residents face, and including having a long history of working for community groups and efforts – she cares deeply about people and treated people with kindness and respect, not as someone who was above anyone else. She took extra time to connect with, meet, and celebrate groups working for positive change. She lent her ear to listen to residents facing hardships, and she has learned multiple languages to reflect how much she values meeting people where they are and embracing a diverse

city where people's culture and dignity are honored. I remember watching her once stay with residents late into the night facing a difficult situation, keeping them company while chatting in Spanish and Cape Verdean Creole to lift their spirits and volunteer to help drive them home. She brings a warm, big-hearted spirit and a great sense of humor to many interactions, encouraging us to take our responsibility to care for our communities seriously but to also be human and stay grounded and connected with each other.

I am grateful for that combination of tireless dedication to the community and human connection that Ms. Fernandes Anderson has demonstrated, and I know that she is committed for life to making a positive impact on many people around her. For these reasons, I ask you to please decide on a sentence where she can remain in the community and ground herself in a commitment to those around her.

Thank you for your consideration.

Sincerely,

George Lee



## *Mosque for the Praising of Allah*
### *Society for Islamic Brotherhood Inc.*



May 24, 2025

To the Honorable Judge Indira Talwani,

Re: Tania Fernandes Anderson's character

My name is Abdullah Faaruuq, I am the Imam (Religious leader) of The Mosque for the Praising of Allah, Boston's oldest Islamic house of worship, a position I've held for more than thirty years.

I am writing this letter in support of Tania Fernandes Anderson, who has recently pled guilty to charges brought against her.

While I do not condone the actions that led to this situation, I believe it is important to offer a broader perspective based on her concern and treatment of people that she has demonstrated throughout the time I've known her.

I have known Tania Fernandes Anderson for more than twenty five years and in that time, I have come to know her as a person of integrity, kindness, and responsibility and above all someone with sincere concern for others. This incident stands in stark contrast to the character I have consistently witnessed over the years.

I truly believe this was a serious lapse in judgment—one that she deeply regrets and takes full responsibility for.

Throughout the time I've known Tania, long before she was a dedicated parent, she was a reliable friend, an active community member and has always been willing to help others and has shown compassion and empathy in many situations.

I am confident that this experience has been deeply humbling for Tania, and I believe she is committed to learning from this mistake and making amends where possible.

I respectfully ask that you consider Tania's overall character and the potential for rehabilitation when making your decision regarding her sentencing. I am confident that given the chance, Tania will emerge from this situation as a better, more mindful person. Certainly, her two sons will benefit from the wisdom and mercy that you exhibit in your sentencing.

Thank you for taking the time to read this letter. Please don't hesitate to contact me if you require any further information.

Sincerely,

*Imam Abdullah Faaruuq*

Imam Abdullah Faaruuq

July 12, 2025

Dear Honorable Judge Talwani,

My name is Jean Valerus and I was born and raised in Boston Massachusetts. I live and work in Boston as a cook and craft person. I met Tania Anderson while working on a greenhouse and garden in my community in 2018, when I moved back to Boston from California. I am also an urban gardener and have been converting vacant and dilapidated spaces into lush and welcoming community gardens. After living in various cities across the US, I found gardening to be a powerful tool to engage neighbors and make a public space that was otherwise conducive to more malevolent activities, more welcoming and safe. This work also naturally addressed things like heat island, food desserts, gaps in public health and educational programming on nutrition, biology and STEAM.  One such space was in a Main Streets section of the Bowdoin Geneva neighborhood of the Dorchester community Tania Anderson served. Tania and her office understood the importance of making urban garden space accommodating for community members and how enriching these spaces could be for seniors, young persons and growing families. 424 Geneva Ave is an example of the powerful impact concerned citizens with the support of properly motivated officials can have. An oasis emerged with children, seniors and regular visitors who would become stewards of the space. Tania's tireless work to engage researchers, universities and senior mentors paved a way to clearly articulate data on the needs of the community and demonstrate reparative works by activating space and rehabilitating a community in the process.

Federal corruption charges, wire fraud and theft concerning a program receiving federal funds are serious offenses. It's critical that our leaders understand this and set an example to that leads.

Tania is a leader and I am confident in her character as a person who has the community's best interest at heart. I believe she has learned a valuable lesson that will continue to improve her

work and person. Her plea and growth demonstrate her remorse daily and willingness to accept the consequences of her actions.

Your Honor, I ask that in view of Tania's character, humble service, family responsibilities and hardships; I respectfully ask if you would consider a request for leniency or consider a lighter sentence?

Tania is a servant, mother and wife who's rehabilitation will most benefit herself but not withstanding the benefit to the community at large. With all respect, Peace.

Sincerely,

Jean Valerus

████████████████

████████████

██████████

FILED
IN CLERK'S OFFICE

April 23, 2025

2025 MAY -7 PM 1:44

The Honorable Indira Talwani
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

DISTRICT COURT
DIST. OF MASS.

**RE: Letter of Support for City Councilor Tania Fernandes Anderson**

Dear Judge Talwani,

I am writing you as a member of Coucilor Tania Fernandes Anderson's District 7 Advisory Council and as a resident of Highland Park, Roxbury.

Councilor Anderson has built up a unique relationship between her office and the residents of her district. She leads the weekly advisory session, listening to each attendees concerns, engaging in cross-community conversation, and coming up with next actions are the situation requires. She is genuine in her work for this advisory council and for our community.

I have had the opportunity to attend City Council hearings on topics of concern to our community. It has been striking to me how Councilor TFA speaks up for her community, in noticeable contrast to other councilors who speak up on behalf of their own political welfare. She is genuine in her actions of behalf of her district, and as been since she took office. Her support for the community's concerns over the current city's reallocation of land in Franklin Park is but one example of her committed work.

I have found her to be genuine in her remorse for her recent actions that have compromised her both personally and professionally. The focus and tone of our current District 7 meetings has been on how we conducted our work going forward, and how to maintain our community actions. She is in full support of our district, even now during her very difficult times.

Please take into consideration her commitment to the good for our community in your consideration of her case.

Sincerely,

Joan Seamster

Member of the D7 Advisory Council
Highland Park Project Review Committee Co-Chair

July 14, 2025

Judge Indira Talwani
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite2300
Boston, MA 02210

Dear Judge Talwani,

I have known Tania Anderson since 2001, through her uncle's wife, whom I was friends with. Since then, I have seen her periodically at different events, and I did some volunteer work on her election campaign. Throughout the 24 years that I have known her, I have always known her to be someone who is constantly thinking about how to contribute to the well-being of her community. Money never seemed to be a motivating factor. From working with parents in the Boston Public Schools, as a mental health professional, and at a community-based non-profit, her through-line in our discussions always was how to serve the community, how to help people like her that were too often marginalized. Even when she ran her own business, her focus seemed to be on her own creativity and helping to bolster the economic activity in the urban neighborhood her store was located in. I have always enjoyed my conversations with Ms. Anderson, because we both shared a concern for the development of the urban neighborhoods we both worked in. Based on my knowledge of Ms. Anderson for the past 24 years, I encourage you to look at the totality of Ms. Andrson's career and her devotion to her family when you consider her sentencing.

Thank you for taking my views into consideration, as you make your decision.

Sincerely yours,

Joel Schwartz

 

**CRUZ COMPANIES**

Celebrating Excellence Since 1948.

April 25, 2025

The Honorable Indira Talwani
Boston Courthouse
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: Request for Leniency in Sentencing for Tania Fernandes Anderson

**Dear** Judge Talwani:

My name is John B. Cruz III, and I am the President and CEO of Cruz Companies, a third-generation Cape Verdean company founded in 1948 by my father, John "Bertie" Cruz. My heritage is a deeply rooted part of who I am. Both of my grandparents immigrated from Cape Verde, and my family includes 10 aunts and 11 uncles. I take immense pride in the fact that, as a Black person, my ancestors came to America not on slave ships but of their own free will, drawn by the promise of opportunity and the hope of building a better life. Growing up, the African proverb "It takes a village to raise a child" truly defined my upbringing. My parents instilled in me a sense of community and responsibility, bringing me to ports in New Bedford or Providence, where Cape Verdean immigrants arrived, to collect used clothing to bring back to Cape Verde for those less fortunate. These experiences taught me the value of giving back and shaped my understanding of empathy. They place strong emphasis on avoiding actions that could dishonor or bring shame to one's family or community.

I share this background because I believe it gives me a unique perspective on the challenges Ms. Tania Fernandes Anderson is facing. I have known Ms. Fernandes Anderson for approximately six years and have always admired her commitment to serving the community. She has been a strong advocate for the poor, disenfranchised, and women, championing economic opportunities for working-class families and minority-owned businesses to address the deep income inequalities that persist in our society. While the charges she faces are serious and require accountability, I ask the Court to show mercy and leniency in sentencing. I can only imagine the burden, guilt, and shame Ms. Fernandes Anderson and her family must be experiencing. I wish I had been able to counsel her as my grandparents and community elders counseled me during my formative years.

In reflecting on this situation, I see an opportunity to turn a difficult moment into a teaching experience. At Cruz Companies, our motto is "Cruz Cares," and through our nonprofit by the same name, we have





supported numerous community initiatives. For example, we established the "John Bertie Cruz Scholarship" at Bridgewater State University in honor of my father, raising over $100,000 for deserving Cape Verdean students.

I would propose that, through Cruz Cares, we establish a community service fund to support initiatives where Ms. Fernandes Anderson could speak to students, particularly young women, about the consequences of poor decisions and the importance of making better choices. Sharing her story of mistakes and accountability could be just as impactful as hearing about accomplishments, offering valuable lessons to the next generation.

I trust in the Court's wisdom and fairness in determining an appropriate sentence. I sincerely hope that Ms. Fernandes Anderson is given the opportunity to continue contributing to the community in a meaningful way.

Thank you for your time and consideration of this request.

Respectfully,

John B. Cruz III

Jonathan Carvalho



Honorable Judge Talwani

Re: Sentencing Considering for Tania Fernandes Anderson

Dear Judge Talwani,

My name is Jonathan Carvalho, and I am the cousin of Tania Fernandes Anderson and I respectfully ask for your consideration in not sentencing Tania to jail time.

Tanis is a person that is as close to me as any of my sisters and has always been supportive and encouraging and even brutally honest when I needed someone to be to keep me on the right path and push me to live a long and meaningful life.

She is caring, responsible, motivating and even when we were young was a pillar of our family and community. I understand she has made a mistake but I truly believe with all my heart this was a mistake and not a reflection of the person she truly is.

I am not excusing her actions but I have no doubt she is remorseful and will spend the rest of her life making things right.

If given the opportunity I know she will take full responsibility and will give her all to rebuild the trust of the people she worked so hard to help all her life.

I sincerely ask for your compassion and leniency in her sentencing.

I believe she will always be able to make a bigger impact in society and believe an alternative to jail time would allow her the chance to contribute positively to society and move forward in the best possible direction.

Thank you for taking time to read my letter.

Respectfully,

Jonathan Carvalho

Friday, July 11, 2025

Honorable Judge Talwani:

My name is Jonathan Cohn, and I am a South End resident and former constituent of Tania Fernandes Anderson.

I have gotten to know Ms. Anderson over the past four years, from both when she was a candidate for office and during her tenure as a Councilor. Ms. Anderson was the model for what a good District Councilor should be: responsive to her constituents, engaged in the community, creative about new ideas to foster community and improve the well-being of the residents of the district, and grounded in a commitment for equity.

She is a thoughtful, caring person who thrived in the role of Councilor because of her love of giving back to her community.

Whenever she spoke to the Boston Ward 4 Democratic Committee, of which I am secretary and was formerly chair, Ms. Anderson impressed the crowd by the depth of her knowledge of the issues facing the district and the city and her eagerness to collaborate with anyone looking to tackle problems at their root and create new opportunities.

Ms. Anderson is a bridge-builder, a lifelong learner, a good listener, and a woman with a good heart.

I urge the court for leniency in this case because of all the great work Ms. Anderson has done and all the great work that I and others are excited for her to continue to do for the communities of Roxbury, Dorchester, Fenway, and the South End—as well as the rest of the City of Boston.

Sincerely,

Jonathan Cohn

Jonathan Cohn

Friday, July 11, 2025

Honorable Judge Talwani:

My name is Jonathan Cohn, and I am a South End resident and former constituent of Tania Fernandes Anderson.

I have gotten to know Ms. Anderson over the past four years, from both when she was a candidate for office and during her tenure as a Councilor. Ms. Anderson was the model for what a good District Councilor should be: responsive to her constituents, engaged in the community, creative about new ideas to foster community and improve the well-being of the residents of the district, and grounded in a commitment for equity.

She is a thoughtful, caring person who thrived in the role of Councilor because of her love of giving back to her community.

Whenever she spoke to the Boston Ward 4 Democratic Committee, of which I am secretary and was formerly chair, Ms. Anderson impressed the crowd by the depth of her knowledge of the issues facing the district and the city and her eagerness to collaborate with anyone looking to tackle problems at their root and create new opportunities.

Ms. Anderson is a bridge-builder, a lifelong learner, a good listener, and a woman with a good heart.

I urge the court for leniency in this case because of all the great work Ms. Anderson has done and all the great work that I and others are excited for her to continue to do for the communities of Roxbury, Dorchester, Fenway, and the South End—as well as the rest of the City of Boston.


Sincerely,

Jonathan Cohn

July 10, 2025

The Honorable Indira Talwani
John Joseph Moakley US Courthouse
1Courthouse Way, Suite 2300
Boston, MA 02210

**Re: Tania Fernandes Anderson**

Dear Judge Talwani:
I am writing on behalf of Tania Fernandes Anderson, who will soon be appearing before you for sentencing.

I am an attorney admitted to practice in Massachusetts for nearly 50 years, and admitted to practice before the US District Court, Court of Appeals, and the US Supreme Court.
I have also served as president of the NAACP Boston Branch, chairman of the board of the Urban League of Eastern Massachusetts, and co-chair of the Boston Obama Foundation.

I have known Tania Fernandes Anderson throughout her tenure as a Boston City Councilor. I have appeared before her at council hearings, sought her support for matters I was handling in her district, and financially supported her campaigns. Throughout this time, I was able to get to know and observe her as she attended to the business and issues for the constituents in her district and as she advocated on issues at city council committee meetings and hearings. Tania is a strong and dedicated advocate and civil servant. She advocates for all...the successful and the marginalized...the rich and the poor!

I believe Tania is contrite about the circumstances resulting in her conviction. And that is meaningful! What is also meaningful is that I firmly believe Tania can and will be a model citizen if you give her this chance. Because I believe that she is contrite, because I believe in her ability be a model citizen, and because I believe in her ability to be a positive influence, I respectfully request that as you weigh sentencing options that you consider placing her on probation with a community service requirement with a community-based organization located in District 7 Roxbury.

Should you require any additional information or desire that I come and address the court at sentencing, please feel free to have your clerk contact me at ███████████ .

Respectfully submitted,


Joseph D. Feaster, Jr.



# OFFICE OF JULIA MEJIA, CITY COUNCILOR AT-LARGE ██████████████████████

██████████████████████

**To Whom It May Concern,**

I am writing on behalf of Tania Fernandes Anderson, whose dedication to public service and advocacy has made a profound impact on those she serves. During her time on the Boston City Council, Ms. Anderson has tirelessly worked to create opportunities for her constituents to engage in the planning and development processes that shape our neighborhoods while strengthening community voice, as demonstrated by her eorts, such as creating the District 7 Advisory Council.

Ms. Anderson's commitment to social and racial justice is not just a professional obligation; it is deeply rooted in her own lived experiences. She approaches her work with a passion that is evident in every initiative she undertakes. Her ability to connect with the community, listen to their concerns, and advocate for their needs has fostered an inclusive environment where every voice is valued.

While I fully acknowledge the unfortunate circumstances that have led to the need for this letter, it is crucial to emphasize the heart and intention behind Ms. Anderson's efforts in the community. She has consistently demonstrated compassion, and an unwavering commitment to the principles of equity and justice. Her work has not only uplifted individuals, but also has strengthened the fabric of the community as a whole.

In conclusion, given this is her 1st offense, I hope that her positive contributions will be weighed as you determine her fate. Please consider her dedication to service and advocacy as you proceed with her sentencing.

Sincerely,


Julia Mejia
At-Large City Councilor

**Mrs. Jumaada A.-K. Henry Smith**



**7/11/2025**

**The Honorable Indira Talwari**
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 3110
Boston, MA  02210

**RE: Request for Leniency in Sentencing – Tania Fernandes Anderson**

Dear Judge Talwari,

I respectfully submit this letter on behalf of Tania Fernandes Anderson, whom I have come to know through her years of diligent, compassionate, and impactful service to our community. As a proud Commonwealth of Massachusetts Resident and Community Advocate, whose family has lived, served, and cared for our community for over eight decades, I have had the opportunity to witness firsthand the positive and lasting contributions of Tania.

Tania Fernandes Anderson has been a devoted public servant, working tirelessly to uplift underrepresented voices, champion local causes, and strengthen the civic fabric of our neighborhoods. Her leadership and community involvement have brought about measurable improvements in access to services, youth engagement, and interfaith cooperation. She has consistently demonstrated fairness, sincerity, dedication, and a spirit of service that reflects the ideals of public life.

While I recognize the seriousness of the legal matter before the Court, I humbly ask for your consideration of a sentence of home confinement or house arrest in lieu of incarceration. Under 18 U.S.C. § 3553(a), courts are granted discretion to impose a sentence "sufficient, but not greater than necessary," considering both the nature of the offense and the history and characteristics of the defendant. I believe that Tania Fernandes Anderson's longstanding service, community ties, and absence of threat to public safety qualify her for such an alternative.

A sentence of house arrest would allow her to continue contributing to the community under supervised and structured conditions, without the undue burden on our penal system and the irreversible loss of a committed civic leader from our community at a time when such leadership is urgently needed.

Thank you for your time, service, and careful consideration of this request. I offer this appeal with the utmost respect for the Court and in full faith in our justice system's ability to balance accountability with compassion.

Respectfully submitted,

Jumaada A.-K. Henry Smith
Community Advocate

Kevin Higgins

████████████████████

The Honorable Judge Indira Talwani
United States District Court
District of Massachusetts
Boston, MA

**RE: Letter of Support for Former Councilor Tania Fernandes Anderson**

Dear Honorable Judge Talwani,

My name is Kevin Higgins, and I am writing this letter in support of former Boston City Councilor Tania Fernandes Anderson, whom I have known personally and professionally for many years. During this time, I have come to know Tania as a person of deep integrity, compassion, and unwavering commitment to the wellbeing of others.

Tania has consistently shown up for our community in meaningful and transformative ways. Whether through her public service, grassroots advocacy, or direct personal support to individuals in need, she has always led with heart and purpose. I have witnessed her dedication to immigrant families, her fierce advocacy for marginalized communities, and her tireless work to ensure that those without a voice are not forgotten in public discourse or policy. On a personal level, I have seen Tania extend herself beyond her formal responsibilities, offering mentorship, opening doors for young leaders, and responding to community crises with urgency and care. She has touched many lives, including my own, and her legacy of service is one that continues to uplift the people of Boston. I remember, not long ago, I was on the phone with the councilor until 11 or 12 o'clock at night talking about policy while she was preparing dinner to deliver to the late Sarah Anne Shaw's sister after her passing.

Your Honor, I respectfully ask for your leniency in Tania's sentencing on July 29. I do not condone any wrongdoing, but I deeply believe in the power of redemption, accountability, and restoration. I believe that justice sometimes means that we should not remove someone from our community who has carried so many of us on her back for so many years, it is a great detriment and loss to Roxbury. Tania's record of service and the positive impact she has made on countless lives should be taken into account. I truly believe she has much more to give and that a path rooted in compassion and community healing would serve justice as well.

Thank you for considering this letter, and for the opportunity to speak on behalf of someone whose heart and character have made a real and lasting difference.

Sincerely,
Kevin M. Higgins

April 24, 2025



The Honorable Indira Talwani
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

**RE: Letter of Support for City Councilor Tania Fernandes Anderson**

Dear Judge Talwani,

I am writing this letter as an active community member who has worked with City Councilor
Tania Fernandes Anderson. I would like to express my full support and to respectfully request
leniency in any decisions regarding her current legal matter.

Councilor Anderson focuses deeply on community. She has worked tirelessly to advance equity
in Boston and builds upon her experiences as an immigrant and a woman of color. Councilor
Anderson is dedicated to justice "on-the-ground" and works extremely hard in her position as an
advocate. I can say without question that Councilor Anderson has dedicated more time and
energy for the people of Boston than any other City Councilor I have known.

Councilor Anderson has accepted responsibility for her recent actions that have compromised
her. Our community still needs her continued presence and guidance. We need her voice. Her
years of public service should not be minimized because of the many, many lives she has
positively affected.

As you consider the seriousness of Councilor Anderson's situation, I ask you to also consider
how much Councilor Anderson has given to the people of Boston and the community.

Thank you for your consideration of this input,

Sincerely,

Laurel E. Radwin, RN, Ph.D.
Coordinator, Roslindale Coalition

July 15, 2025

Judge Indira Talwani
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Talwani,

I first met Councilor Tania Fernandes-Anderson at a Neighborhood Association meeting where she represented a proponent of a project proposed in my neighborhood. She advocated for the project with sincerity and professionalism.

My next encounter with Councilor Anderson was during her run for District 7 City Councilor during the summer and fall of 2021. She was very present in the neighborhood which was extremely impressive. Although I did not cast my vote for Ms Anderson, once she was elected, I became a staunch supporter.

My support was based on the policies and changes that Councilor Anderson began to implement. One of the most notable was bridging the gap between neighborhoods and neighborhood groups. It was extremely important during that time that the neighborhood groups in District 7 communicated because these areas were being steamrolled by new developments, without much oversight from the City of Boston. We were able to share best practices and most importantly the modus operandi of certain developers.

Councilor Anderson educated and empowered her constituents in City governance and the budget process. Councilor Anderson is a trailblazer when compared to previous D7 City Councilors.

Councilor Anderson has always responded to my inquiries and from those of other constituents in the community. As a community advocate, I have received only positive feedback from D7 constituents in regards to the body of work of Councilor Anderson.

I look forward to Councilor Anderson continuing her work and commitment to my community.

Respectfully,

Lauren Thompson
Lifelong Roxbury (D7) Advocate
█████████████████



Lavette Coney
President, On Behalf of MPFVA


**July 13, 2025**

The Honorable Judge Indira Talwani
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

**Re: Sentencing of Tania Fernandes Anderson – July 29 at 3:00 PM**

Dear Judge Talwani,

My name is Lavette Coney of the Mount Pleasant, Forest & Vine Association, and I am writing to express my sincere support for Boston City Councilor Tania Fernandes Anderson as she approaches sentencing on July 29. I am aware of the seriousness of this matter and respectfully ask that you consider this letter as a reflection of the individual I know her to be.

I have known City Councilor Tania Fernandes Anderson during her position as a civil servant as I have been an active community member in the Mount Pleasant, Forest, and Vine Association of Roxbury. In that time, I have come to know a person who consistently demonstrates compassion, humility, and a genuine desire to be of service to her constituents.

City Councilor Tania Fernandes Anderson has been a visible presence in District 7, showing up when others have not—organizing neighborhood leaders, checking in on elders, mentoring youth, and speaking up on issues that matter, even when it's difficult. She has always been committed to the well-being of others and has contributed positively in ways that often go unnoticed or unrecognized by the leadership in Boston.

Lavette Coney
President, On Behalf of MPFVA



Your Honor, I understand the importance of justice, but I also believe in mercy. I believe thatCity Councilor Tania Fernandes Anderson has already shown signs of accountability and has the capacity to continue to be a positive force in society. I respectfully ask you to consider leniency in sentencing, as she has so much more to offer our community and those around her.

Thank you for taking the time to consider my words.

Sincerely,


Lavette Coney

Lavette Coney
President, On Behalf of MPFVA

Lily Song

██████████████
██████████████

April 28, 2025

Honorable Judge Indira Talwani
Moakley Federal Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Talwani,

I am writing this letter to provide a character reference and request leniency in the sentencing of Tania Fernandes Anderson, who has agreed to plead guilty to federal public corruption charges.

As a professor of urban planning, I first met Tania in 2019 through the Place Leadership Network (PLN), a peer learning and leadership development program for place-based organizations and public space stewards launched by the Boston Foundation for which I was an academic partner and she was a member of the cohort-based program. At the time, Tania was working at Bowdoin Geneva Main Streets and stood out among the leaders of the eight place-based organizations from Greater Boston that participated in the cohort-based program for her creative ideas, kindness and consideration towards others, and deep commitment to improving day-to-day environments and quality of life for communities of color in Boston.

Since Tania was elected to Boston City Council in fall 2022, we have collaborated on community-based participatory planning and design research in Roxbury, together with neighborhood residents, artists, small business-owners, and community activists across City Council District 7 from whom she actively and regularly sought input. For example, we conducted a planning study for the District 7 ARTery, an arts corridor and community revitalization plan spanning from Massachusetts Avenue and Columbus Ave to Grove Hall, which is now being implemented by the Mayor's Office of Arts and Culture. Another participatory action research collaboration focused on community-based activation and redesign strategies for vacant parcels in Roxbury. Through this work, I witnessed Councilor Anderson's remarkable dedication to the constituents of City Council District 7 and persistent advocacy for social and spatial equity in urban policy and development.

In my experience, Tania has exhibited compassion, reliability, and responsibility towards others, and I continue to hold her in high regard for her positive contributions to the city and society. Tania is not only a dedicated, hard-working, and talented community advocate and builder but also an empathetic leader who has been a pleasure and privilege to work with. I urge you to consider a lighter sentence based on her positive attributes and commitment to social change. Please feel free to contact me should you have questions.

Sincerely,

Lily Song, Ph.D.

Linette Carvalho



The Honorable Judge Indira Talwani
April 27, 2025

Dear Judge Talwani,

My name is Linette Carvalho and I have known my cousin and godmother, Tania Fernandes Anderson, my whole life. In fact, she is the reason that I came into this world safely. In April of 1991, my family lived in Academy Homes in Roxbury. My mom went into labor early and Tania was home with her and helped keep her calm as I was born into her arms.

I have always seen Tania as a role model in my family for bringing us together with her positive energy and big smile, but seeing her in action in the community is truly inspiring. I helped with her campaign in 2021, out of love and because I knew all that she had the courage to do for Roxbury. She cares and people know it. I had conversations with people, who would say that Tania spends more time listening than talking.

Her campaign was not the first time that Tania showed love for her community. Tania learned to sew and make beautiful gowns, but she took it a step further. It led to her having fashion shows and having women all over Boston looking and feeling confident. In 2018, she brought many artists together and provided a stage for them to show their talents at the Strand Theatre. It was incredible seeing so many cultures and people come together and bring in the 100th year for the Strand and the Strand's renovations that year.

When I was born, Tania remembered watching my grandmother as a midwife in Cabo Verde and she did what she learned from her. Tania is a great example of the saying, "you live and you learn." I respect her decision to accept responsibility and plead guilty. I hope that I have offered a fuller picture of who Tania Fernandes Anderson is as a person.

Judge Talwani, thank you for taking the time to read my character reference letter. I am asking that you consider giving Tania an opportunity to continue learning and growing, by not sentencing her to time in prison. I believe that she is committed to making amends and can do that best at home. Please do not hesitate to contact me for additional information or clarification.

Sincerely,
Linette Carvalho

███████████████████████████

July 23, 2025

Hon. Indira Talwani
U.S. District Court
1 Courthouse Way
Boston, MA 02210

**Re:  Tania Fernandes Anderson**

Dear Honorable Talwani:

I write in support of Tania Fernandes Anderson and her request for a sentence of probation. The charges and guilty plea have already imposed devastating personal and professional consequences on Tania and her family; a term of imprisonment is an unnecessarily cruel and undeserved coda. Tania has erred, but she is not the corrupt one-dimensional figure painted by the government and media headlines. Tania is a deeply compassionate woman who has lived her entire life in service of others. If anyone is deserving of mercy from this Honorable Court, it is Tania Fernandes Anderson.

I came to know Tania through my parole client—her husband— Tanzerious Anderson. As Tanzerious's crime is frequently referenced by the media, I would like to take this opportunity to assert that Tania's husband is not the caricature his conviction elicits. He is a highly accomplished, accountable man who perfectly illustrates the emerging adult brain science relied upon by the Massachusetts Supreme Judicial Court to prohibit life without parole for individuals who were 20 or younger at the time of a crime.[1]

---

[1] Tanzerious was sentenced to natural life in prison for first degree murder when he was 19 years old. Pursuant to *Commonwealth v. Mattis*, 224 N.E.3d 410 (Mass. 2024)—the seminal Massachusetts case ending life without parole for individuals who were 18, 19, or 20 years

Like his wife, Tanzerious has spent his incarceration serving and bettering his community, but from inside prison. He has held numerous leadership positions in programs addressing violence, restorative justice, fatherhood, and trauma. He founded a prison yoga program after studying on his own for many years. Former professors, prison volunteers, incarcerated men, and security staff all praise his intelligence, compassion, and high character. Tanzerious stands out not just for the breadth of his self-development work and the incredible number of programs he has completed but also for having *only one* guilty disciplinary report (for non-violence) in twenty-five years. His institutional record is *the best* I have ever seen for a young man sentenced to die in prison. He is an avid reader, deeply reflective, and always striving to evolve and improve himself.

Since I began working with Tanzerious in early 2024, Tania and I have spoken repeatedly and at length. I have had the privilege of spending hours on the phone with her engaged in deeply personal conversations about life. In addition to being a lawyer, I am a licensed certified social worker, and my primary interest before law has always been people. Tania shared stories of her struggles as an undocumented immigrant and parentified child. She learned early in life that her role is to caretake for family, friends, and strangers and expect little to nothing in return. Tania is a self-made woman who has successfully raised two sons as a single mother and devoted her life to uplifting her community. The events of the last year and fear of imprisonment have left her bereft and anguished for her sons. The trauma cannot be understated.

I cannot speak to the charges against Tania—that is not my purview—but I have enough knowledge of Tania to assert confidentially that she is a high character person who deserves the opportunity to serve her sentence on probation.

Sincerely,

Lisa Newman-Polk, Esq., LCSW

---

old at the time of a murder—he is now parole eligible and will appear before the Parole Board on August 12. I anticipate he will receive a grant of parole based on my extensive experience representing individuals before the Parole Board.

July 11, 2025

Judge Indira Talwani
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

Re:   Tanya Fernandez Anderson

Dear Judge Talwani:

My name is Liz Breadon, Boston City Councilor for District 9. I am writing to ask you to consider sentencing Tanya Fernandez Anderson to at home confinement rather than a custodial sentence.

I have known Tanya since she was sworn in as a fellow city councilor in January 2022.  While Tanya has undoubtedly fallen short in our expectations of a public servant, she has also demonstrated a heartfelt commitment to effectively serve the most vulnerable populations in our city.

She has opened her home as a foster Mom and parent of adopted children. Tanya knows first hand the struggles of financially burdened parents trying to make ends meet.  Her life experiences made her an empathetic and compassionate advocate for children and families - especially in relation to education, housing and food access.

In conclusion, I respectfully ask that you consider placing Ms. Fernandez Anderson on home confinement. This would enable her to continue to support her family and to receive their support as well.

Thank you for your consideration of this request.

*Elizabeth Breadon*

Liz Breadon



**LIZ MIRANDA**
STATE SENATOR
SECOND SUFFOLK DISTRICT

**Chair** - Racial Equity, Civil Rights and Inclusion
**Vice Chair** - Children, Families, and Persons with Disabilities

Ways & Means, Census, Juvenile and Emerging Adult Justice,
Economic Development and Emerging Technologies, The Judiciary,



**The Honorable Judge Indira Talwani**
U.S. District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

**RE: Character Letter for Councilor Tania Fernandes Anderson**

Dear Judge Talwani,

My name is Senator Liz Miranda, and I have had the honor of knowing Tania Fernandes Anderson for almost three decades—as a high school classmate at the John D. O'Bryant School of Mathematics and Science, a fellow public servant, and a sister in community leadership. As the two highest-ranking elected officials of Cape Verdean descent in Massachusetts history, we have walked many similar paths, rooted in our shared community of Roxbury and a deep commitment to uplifting the most vulnerable.

I write this letter not to excuse the actions that have brought Tania before your court, but to offer a more complete picture of the woman I have known for over 20 years. Tania is not only a passionate and tireless advocate for justice; she is a profoundly empathetic human being whose instinct has always been to give, even when she has had little herself. I've personally witnessed her offer her last dollar, open her home, and give her time without hesitation if it meant someone else could be a little more secure, a little more seen, a little more heard.

Her work has always extended far beyond the borders of Boston's District 7. Whether she was assisting a struggling immigrant mother outside her constituency or spending her evenings volunteering at her local mosque, Tania has never drawn lines around who deserves her care. Her belief, grounded in her Muslim faith, is simple and profound: the more you take care of people, the more God takes care of you.

We have worked together on some of the most difficult constituent cases—families facing eviction, residence with quality of life concerns, seniors seeking dignity in their final years. In every instance, Tania brought not only tenacity but also a capacity to listen deeply, to treat people as though their burdens were her own. That rare combination of empathy and action has made her a lifeline to so many. Her fearless advocacy has inspired many, particularly young women of color, to believe that their voices matter and that change is possible.

Tania is a loving mother and a devoted foster mom, raising not only her biological children but also opening her home and heart to others in need of safety and love. Her home has always been a place of warmth, discipline, and second chances. A prison sentence would not only punish her, but deeply harm the children who depend on her daily—emotionally, financially, and spiritually.

I respectfully ask this Court to show mercy in your sentencing. I do not ask for exemption from accountability, but rather that you consider an alternative to incarceration that allows her to make restitution, continue her healing, and remain present for her children and community. A prison sentence would have irreversible consequences—not just for Tania, but for the family she holds together and the community that still needs her strength, wisdom, and service.

Thank you for taking the time to consider the whole of this woman—her mistakes, yes, but also her decades of love, service, and sacrifice. I would welcome the opportunity to speak further should the Court require additional information.


Sincerely,


**Senator Liz Miranda** |she/her|
Second Suffolk District
*(Roxbury, Dorchester, Mattapan, Hyde Park, Mission Hill,*
*Jamaica Plain, South End, Roslindale, Fenway)*



**LIZ MIRANDA**
STATE SENATOR
SECOND SUFFOLK DISTRICT

**Chair** - Racial Equity, Civil Rights and Inclusion
**Vice Chair** - Children, Families, and Persons with Disabilities

Ways & Means, Census, Juvenile and Emerging Adult Justice,
Economic Development and Emerging Technologies, The Judiciary,



**The Honorable Judge Indira Talwani**
U.S. District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

**RE: Character Letter for Councilor Tania Fernandes Anderson**

Dear Judge Talwani,

My name is Senator Liz Miranda, and I have had the honor of knowing Tania Fernandes Anderson for almost three decades—as a high school classmate at the John D. O'Bryant School of Mathematics and Science, a fellow public servant, and a sister in community leadership. As the two highest-ranking elected officials of Cape Verdean descent in Massachusetts history, we have walked many similar paths, rooted in our shared community of Roxbury and a deep commitment to uplifting the most vulnerable.

I write this letter not to excuse the actions that have brought Tania before your court, but to offer a more complete picture of the woman I have known for over 20 years. Tania is not only a passionate and tireless advocate for justice; she is a profoundly empathetic human being whose instinct has always been to give, even when she has had little herself. I've personally witnessed her offer her last dollar, open her home, and give her time without hesitation if it meant someone else could be a little more secure, a little more seen, a little more heard.

Her work has always extended far beyond the borders of Boston's District 7. Whether she was assisting a struggling immigrant mother outside her constituency or spending her evenings volunteering at her local mosque, Tania has never drawn lines around who deserves her care. Her belief, grounded in her Muslim faith, is simple and profound: the more you take care of people, the more God takes care of you.

We have worked together on some of the most difficult constituent cases—families facing eviction, residence with quality of life concerns, seniors seeking dignity in their final years. In every instance, Tania brought not only tenacity but also a capacity to listen deeply, to treat people as though their burdens were her own. That rare combination of empathy and action has made her a lifeline to so many. Her fearless advocacy has inspired many, particularly young women of color, to believe that their voices matter and that change is possible.

Tania is a loving mother and a devoted foster mom, raising not only her biological children but also opening her home and heart to others in need of safety and love. Her home has always been a place of warmth, discipline, and second chances. A prison sentence would not only punish her, but deeply harm the children who depend on her daily—emotionally, financially, and spiritually.

I respectfully ask this Court to show mercy in your sentencing. I do not ask for exemption from accountability, but rather that you consider an alternative to incarceration that allows her to make restitution, continue her healing, and remain present for her children and community. A prison sentence would have irreversible consequences—not just for Tania, but for the family she holds together and the community that still needs her strength, wisdom, and service.

Thank you for taking the time to consider the whole of this woman—her mistakes, yes, but also her decades of love, service, and sacrifice. I would welcome the opportunity to speak further should the Court require additional information.

Sincerely,

**Senator Liz Miranda** |she/her|
Second Suffolk District
*(Roxbury, Dorchester, Mattapan, Hyde Park, Mission Hill,*
*Jamaica Plain, South End, Roslindale, Fenway)*

Lorraine Payne Wheeler



The Honorable Indira Talwani
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210


Honorable Judge Talwani:

I write today concerning Tania Anderson Fernandes.  I know Tania Fernandes Anderson because she was elected for two terms as the Councilor for District 7 where I live. During this time she held a meeting for constituents almost every week.  I also worked temporarily in her D7 office at City Hall and first met her as one of the other people running against her for the District 7 position.

Upon observing her first hand during the terms that she served, I can say that she is diligent in performing the work of the office.  The District 7 boundaries were drawn in a way to make Roxbury and its voters the largest group but it also includes higher income residents in the Fenway and South End areas of Boston with very different interests in city government.  Despite these differences, Tania brought individuals together for the first time to advocate for District 7 .   Given her background as an undocumented person, she also showed great compassion and empathy for people in District 7 who could not vote because they were undocumented or those who have lost faith and do not believe that government serves their interests.  Again and again, Tania demonstrated that she is a convener and uniter of people,

Of the numerous times my section of Roxbury needed support from the City Council, I can remember a time when my neighborhood was faced with a group of nonprofits wanting to demolish housing to build offices in a residential area.  While you might think that it would never be allowed and is against the zoning code, in Roxbury, there is always a chance that it could happen.  In fact, the nonprofits had the support of ten elected politicians who either did not represent Roxbury or had never spoken to the residents whose homes would be impacted by the constant meetings that 6 groups might hold .  Unfortunately, it's usually in the best interests of Democrats elected in Boston to stick together against the interests of their constituents.  Despite this, Councilor Anderson showed great courage in supporting what was right rather than what her colleagues wanted.  We continue to be grateful for her support.

I believe that when Tania was elected, she lacked a core understanding of the position. After her arrest, she has had several months to reflect on how far apart her personal values are from the behavior she exhibited and will be punished for.  I believe that she will rediscover her values and lead a law-abiding life in the future.  I predict that once Tania Fernandes Anderson gets past this, she will resume contributing to the Roxbury community.

Thank you for considering this letter and please call me with any questions.

Lorraine Payne Wheeler, J.D., M.U.A.
Roxbury Path Forward
Neighborhood Association

Honorable Judge Talwani

Joseph Moakley Federal Court House

Northern Avenue

Boston, MA 02110


RE: Letter of Support, Tania Fernandes Anderson


Dear Judge, Talwani,

My name is Louis A. Elisa, II. I am a resident of Boston, in city Council district 7 where I have resided for more than 54 years. Outside of four years in which I severed as the United States Permanent Represented to the North Atlantic Treaty Organization (NATO) SCEPC, in Brussels, Belgium, most of my existence has been in D7, Boston, MA. I've had the pleasure of serving for 40+ years, four governors, in senior level position and as the Executive Secretary of the Seaport Advisory Council under Governor, Deval Patrick. I am an elector to the 2012 Electoral College and a 30+ year member of the state's democrat committee. Having worked on numerous campaigns throughout this nation and abroad. Having been in the company and employment of many elected and appointed officials, for a significant periods of time, I am not unfamiliar with the challenges and temptations that come with the various position of trust in which each person finds themself but I believe I am a good judge of character, given my time on task and responsibilities. I often had to oversee and support, much of what was imagined and expected, had to be assured completion and delivery, through effective over site and participation.

 I reference these situations to saying my instincts for understanding individuals that are in position of authority and trust are well tested and succinct. Why people stray from their good sense in doing things, that are seemly thoughtless, is not easily discernable. However, often, these failings are not a permanent part of one's character but a momentary lapse in judgement that leads to long-term negative consequences.

I have known and worked with Tania Anderson for several years now. First as a constituent and later as a close advisor to her efforts to support and uplift the district 7 community, as our elected representative to the City Council. I know her to be honest and sincere in her dealings and actions, giving a fair and honest voice to the issues and challenges that face us as a community, which has always been and remains under constant economic oppression and social challenge. Tania has been a fair and sincere representative of the people and has put the needs and concerns of our community, its families and neighbors first, in all her transactions and engagements with the city of Boston, its agents and administrators. With more than 50 years of public service, I can say I know of few others in positions of public trust who has given more genuine commitment to their work and representation of their constituents.

As a deacon in Peoples Baptist Church of Boston, I have had the opportunity to work with many whose lives have been impacted by lapses in judgement, or failures to take into consideration, at any given moment, all the possible consequences of any errant thought, word or deed. However, scripture informs me there is no one that is blameless or faultless and no one who has not at some time fallen short of the mark, in their actions or behavior. Regardless, of my personal religious beliefs or professional responsibilities, I have always had to ask myself, when assessing a situation, was this act, by this particular individual, a permanent character flaw or a momentary fall from grace. Was this an act which is followed by deep contrition, with an understanding that it is never again to be contemplated if God gives one grace. I strongly believe that Tania recognizes and repents for her failure in judgement, as it is not of her character or her belief to do anything that is morally incorrect or socially unacceptable. I know she now understands the egregious nature of her action, relative to how society perceives it and as she contemplates the nature of her commitments to friends, most assuredly action, nor anything else of this nature will ever be given place within her psyche or behavior, again.

Tania has given so much to so many in this City and our Community. She has shown herself to be a sincere and earnest individual that cares for and looks after those most vulnerable and in need of assistance and support, both economically and socially. Beyond this lapse in judgement, that brings her before you today, she has been a role model to so many young men and women, seeking an example of strong political leadership within our very specific community of Boston.  While it is customary to take cases like this and use them to "make an example", to send a stern warning to others that may not be giving serious thought to their roles and responsibilities as elected or appointed officials, in this case I s strongly believe that the point has already been made. Tanias' loss of face and opportunity to serve her community, she loves and respects so deeply, has had quite profound and devastating impact on her and quite honestly, on all of us, who depended on her and tried to realize a better future for our community and families through her strong advocacy and efforts at representation.

Without a doubt Judge Talwani, you as the sole arbiter of her fate, have the power and authority to act in a manner that you believe will be in the best interest of society, and with that profound understanding, I ask that you show leniency and  mercy,  as I believe her punishment has already been metered out in the hearts and spirits of her constituents,  that now share her shame and disgrace, as our loss  leaves us as a community, a community she professed to love, in a very dangerous predicament...without a champion or leader in a rapidly changing politically charged and engaging environment.

I greatly appreciate your taking the time to review my sincere request,


Respectfully,


Hon. Louis A. Elisa, II

Makyila Cardoso



The Honorable Judge Indira Talwani
May 15, 2025

Dear Judge, Talwani

My name is Makyila Cardoso, and I am writing on behalf of my cousin, Tania Fernandes Anderson, whom I have had the privilege of knowing my entire life. Over the years I have watched her dedicate herself wholeheartedly to the people around her, stepping up time and again to be of service in ways both large and small.

From organizing neighborhood initiatives to mentoring young people, Tania has never hesitated to show up when her community needed her most. Her determination and sense of purpose have led her to spearhead projects that uplift others, often putting their needs before her own. Whether it was providing a voice for those often unheard, she has consistently proven herself to be a pillar of support and compassion.

What sets her apart is not just what she does, but how she does it with integrity, humility, and a quiet strength that inspires those around her. Her actions have brought people together and created safe spaces where individuals feel seen and valued.

I know that she has taken full responsibility for the situation at hand, and I deeply respect her willingness to be accountable. However, I truly believe that removing her from the community would be a loss not only for those who rely on her but also for someone who still has much more good to offer. She is someone who learns from every experience and turns it into an opportunity to grow and give back.

I sincerely ask that you consider a path of rehabilitation over incarceration. Allowing her to remain engaged in her community would give her the chance to continue her positive impact and move forward with purpose.

Thank you for your time and consideration. Should you require any further information, I would be happy to provide it.


Respectfully,

Makyila Cardoso

Maria Antoinette F. Carvalho
Boston, MA
June 4, 2025

Dear Honorable Judge,

My name is Maria Antoinette F. Carvalho, and I am Tania Fernandes Anderson's mother. Tania was born in Praia, Cape Verde when I was just 17 years old, to unfortunate circumstances; as I was finishing high school. She was the first grandchild from both sides of the family, and she was loved very much. My child was a very quiet and sweet baby; I remember her having four teeth at around 2 ½ months old, which surprised me and the doctors. She was a very observant child and would give her grandmother a full run-down of everything that happened in the house that day, when she came home from work. She was a very bright and independent child, who didn't mind playing alone and making new discoveries. At school she was a very good student, who excelled in her classes and was admired by all her teachers. I immigrated to the United States of America when she was only 6 years old, and it greatly affected her; I still remember her crying when I was leaving. I love all my kids, and it saddened me to leave Tania and her two siblings behind in Cape Verde. After four years, I was able to arrange for Tania to come join me in the United States. As much as she was happy to reunite with me here, it was very hard for her to leave. Leaving meant that she had to leave her younger brother and sister behind, until I was able to work and send for them as well.

While in the USA, Tania continued to excel in school, even when facing racism at school or us experiencing hardships as a family. I have always been so proud of my daughter, and I was so excited to have her with me in the United States. I always admired the way she didn't allow our circumstances to get in the way of her education. The teachers spoke very highly of Tania and would call me to give me updates on her accomplishments at school. Tania has always been very eager to study and learn; it was important for her to do well in school. Tania has won multiple academic awards; she once won an award from the Mayor in the mid-90s. Tania was very respectful in school and had great relationships with her teachers. I never received bad news from the school as it pertained to Tania, only positive feedback of her accomplishments and willingness to help other students. Tania started tutoring other students and even some kids from our Roxbury, MA neighborhood. She has always had a passion for teaching others what she knows; and being useful, which is something she has taken with her into her adult years.

As a teenager, she was a great student and received high honors in school. She was very active at school; while taking Tae Kwon Do classes and working. Her Tae Kwon Do instructor was very impressed with her discipline; she allowed Tania to continue to take

classes even when I couldn't afford to pay the fees. The instructor learned that I did catering as one of my jobs, so she accepted my cakes and food as payment. Tania has always been a hard-working individual; she got a job as a teenager to help with bills, and would encourage us to go to the local farmer's market to buy fruits and vegetables for our family. She has always been very supportive and overprotective of her two younger siblings, she always goes above and beyond for them and never expects anything in return. As the oldest, she was very helpful with her siblings when they came to join us here in the USA. Tania would step up to help them often; even learning to braid her sister's hair for school, as she knew I couldn't braid, and we didn't have much family or support in this country at the time. I was very proud of the way she guided her siblings to complete their chores and always set a good example for them. We didn't have much financially but we made it work and focused on being together as a family; and continued to work hard. Tania has always loved and valued her family; she appreciated the weekends especially because we could sit around the table and connect as a family. One day in her early teen years, I left her at home with my sister-in-law, who was 8 months pregnant. By the time I arrived home, Tania had successfully helped her deliver her baby and called emergency services. She was very happy in her ability to help her aunt safely deliver her baby girl. That has always been who she is as a person, someone who is always willing to help, even to her detriment at times.

I have always been impressed by my child's ability to help others. Even through struggle, as immigrants to this country; we lived in low-income housing and have worked multiple jobs to pay our bills. We do our best to live by the values and morals we learned back home in Cape Verde, which is to have empathy and be of service. Since childhood, Tania has always been someone who gives to others whether it be a stranger, her family or the community she came to serve as an adult. I have seen Tania stop her car in the snow to give a young mom and child a ride home, that we later learned was a single mom who was having a difficult time. That is just one time, out of many, that she has extended herself for someone else. She has always tried to lead with kindness and unselfishness, in any area of her life. She has housed multiple family members who were abandoned and had nowhere to go. I have seen her be a proud mom to my two beautiful grandsons; she has raised them to be strong young men, and she gave them space to express themselves. I admired her patience with her children, and I have learned from watching her be a mom. As a foster mom, I have seen her sacrifice her time so that the children in her care felt loved and a part of her family. I have heard her on the phone with her former foster kids who had moved on but would still call her for support and advice. Tania has always been of service to others, its who she is at her core.

I was not surprised when she started working for various non-profit organizations, as a teenager and continuing into adulthood. She has been part of different initiatives at work

that support single mothers and teenage girls, mental health awareness, domestic violence support and has helped to educate the community on HIV/AIDS prevention; to name a few. I am very proud of the work my child has done and continues to do to serve her community. She is very proud to be an African woman from Cape Verde, who was raised in Roxbury, and has spent her adult life engaging and supporting her community. From one conversation with Tania, you will learn how much she loves her community and the people who she serves. Roxbury is her home, and she carries the people and culture on her back, she is always representing wherever she can. At every event I attend, I hear stories of times she has spent listening to someone's story and giving them guidance or resources. One time when I was volunteering at a food bank, a young woman came up to me to ask if I was Tania's mother, from there, she told me the story of how Tania supported her family; as a Parent Advocate for Boston Public Schools. The young lady was so excited to talk about Tania. She told me stories of the different ways that Tania had supported her family; and how she was in college now working towards her goals. I was a proud mother that day and every time I hear that my kids are able to give back to the community that helped raise them.

      My daughter has given so much of her time to so many, so I was not surprised when family and friends showed up to help her serve the community she loves. Tania is always willing to be of service, and I pray that my words and her years of serving her community reflect that. I am deeply hurt that my daughter is in this situation because I know her true character does not reflect her current circumstance. My daughter has never allowed any of our family hardships to define her as a person. Tania has always made me proud to be her mother, which is why I am writing this letter on behalf of the kind and well-mannered daughter that I raised. I am begging for your mercy and leniency when it comes to my daughter Tania Fernandes Anderson, because I know she has the ability to learn from past experiences and make good decisions going forward. I hope that you will consider my letter as a testament to my daughter, Tania Fernandes Anderson's character and continued growth moving forward.

Thank you for taking the time to read my letter. Feel free to contact me at
███████████████████████ if you need any more information or clarification.

Sincerely,
Maria Antoinette F. Carvalho
Mother of Tania Fernandes Anderson

Maria Miranda



May 15, 2025

The Honorable Judge Indira Talwani

Re: Sentencing Consideration for Tania Fernandes Anderson

Dear Judge Talwani,

I am writing with a heavy heart to respectfully ask for leniency in the sentencing of my children's first cousin, Tania Fernandes Anderson, who is also the godmother of my daughter Linette. I understand and respect the seriousness of the court's work, but I hope you will consider the role Tania Fernandes Anderson has played in our lives, and the kind of person she truly is.

In 1991, when I gave birth to my daughter Linette at home, Tania was only 12 years old. It was a frightening and uncertain situation, and I truly believe she helped save my daughter's life that day. She remained calm, supportive, and brave in a moment when many adults would have panicked. That experience bonded her to Linette for life and she has never failed her since.

Throughout the years, she has been a loving, stable, and nurturing presence in our lives. As Linette's godmother, she took that role seriously - not just in title, but in action. She has offered emotional support, guidance, and care every step of the way. Losing her to jail time would not only break our hearts, but it would also take away someone who has always put family first.

I am not asking the court to ignore the law, but rather to consider alternatives to jail that would allow her to continue contributing to her family and community. She has shown remorse and I believe she is willing to do whatever it takes to make things right.

Thank you, Your Honor, for taking the time to read this and for your consideration. I trust in your wisdom and compassion in making your decision.

Sincerely,
Maria Miranda

Dear Judge Talwani,

I write with deep respect to request leniency in the sentencing of Tania Fernandes Anderson. I do so as both a constituent of District 7 and a friend who has witnessed firsthand Tania's unwavering commitment to public service, social justice, and her community.

Tania has spent her life advocating for the most vulnerable among us - immigrants, working-class families, communities of color. Her track record as a nonprofit and civic leader and elected official speaks to a deep sense of duty and care for those whose needs are often overlooked. The charge before the Court is serious, and she has taken full and public responsibility for her actions. She does not excuse her conduct - and neither do I - but I believe she has met this moment with remorse, humility, and a willingness to be held accountable.

Tania entered public office not to enrich herself, but to lift up voices that have too often been excluded from the political process. She worked tirelessly to bring residents who had long been marginalized into the public conversation. She didn't simply hold office hours, she built bridges. She developed a mobile app so constituents could more easily reach her, regardless of their tech literacy or access to traditional channels. She always picked up the phone for constituents and met people where they were, both literally and figuratively. These are not the habits of someone seeking power or personal gain. These are the commitments of someone who views public service as a moral obligation and a calling. That passion, and that level of community accountability, makes the loss of her role in public life all the more devastating, for her and for the community she served so deeply.

While her actions were unquestionably wrong, it is also clear that they were born of desperation rather than malice or greed. That context, while not an excuse, is important. It reflects not a disregard for the public trust, but a deeply human moment of fear and flawed judgment from someone who has otherwise spent her life in the service of others.

In weighing this case, I respectfully ask the Court to consider the main purposes of incarceration: retribution, deterrence, incapacitation, and rehabilitation. In terms of retribution, Tania has already paid a profound personal and public price. She has lost the ability to continue the work she loves, serving her community through, a loss that has brought deep pain and shame. As for deterrence, the very public nature of this case and the consequences she has endured send a strong and sufficient message. Anyone in a similar position would see what has happened and think twice. Incapacitation is unnecessary as Tania poses no danger to society, and there is no indication that further isolation will serve public safety. And when it comes to rehabilitation, the most effective path lies not behind bars, but in the community where she can work directly to rebuild the trust that was broken, make amends, and continue contributing in a meaningful way.

Tania has already experienced a profound fall from public life. The reality that she can no longer serve the public in the way she has always done is a devastating consequence. One that has caused her tremendous personal and professional pain. For someone who found her purpose in public service, that loss is not only punishment, but heartbreak.

I do not believe that incarceration would serve the interests of justice in this case. Tania poses no risk to public safety. Her future contributions through continued service, restitution, and restorative action would do far more to repair harm than time behind bars. I respectfully urge the Court to consider a sentence that allows for rehabilitation and community engagement, rather than incarceration.

As an attorney licensed to practice in Massachusetts and an officer of the court, I do not make this request lightly. I am fully aware of the seriousness of these proceedings and the importance of upholding the rule of law. But I also believe in the principles of proportionality, mercy, and the potential for restorative justice. I would not advocate for leniency if I did not believe, whole heartedly, that Tania's case calls for it.

Thank you for your time and thoughtful consideration of this request.

Mark Martinez
Attorney, Constituent and Friend

Melanie Gause



07/01/2025

The Honorable Judge Indira Talwani
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

Subject: Tania Fernandes Anderson

Dear Judge Indira Talwani,

I'm writing to provide a character reference for Tania Fernandes Anderson, who is due to be sentencing before your court on July 29th, 2025. As Tania Fernandes Anderson's loyal close friend, I believe I am in a unique position to provide valuable insights into Tania Fernandes Anderson's character, integrity and values.

I have known Tania Fernandes Anderson for 9 years, during which time I have found her to be compassionate, dedicated, intelligent, ambitious, respectful, humble and available when needed. She has demonstrated these traits through various aspects of her life.

Tania Fernandes Anderson has also helped me navigate greatness with her encouragement and her ability to push me to achieve all my goals from personal to business.

I completely understand the severeness of the charges against my good friend Tania Fernandes Anderson and I don't wish to undermine them. However, I do believe it's crucial for the court to keep in mind that she is a loving mother, community supporter and an advocate for the betterment of others.

Please, your Honor with all that's stated, can you consider probation or community service instead of jail time so Tania Fernandes Anderson can continue raising her children in a healthy environment.

Thank you for your time and consideration in advance.

Sincerely,

Min. Dr. Melanie Gause



July 9, 2025

The Honorable Indira Talwani
U.S. District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Talwani:

First and foremost, may this communique find you in the best of health and spirit. Please accept this letter in support of Boston City Councilor Tania Fernandes-Anderson, who I understand will be before you for sentencing after having pled guilty to one count of wire fraud.

I am the senior minister of Muhammad's Mosque No. 11 located in the Grove Hall section of Dorchester, and we serve the Greater Boston community and beyond. Our relationship with Councilor Fernandes-Anderson dates back to before her election to the City Council. We've interacted and worked together on various community initiatives. Councilor Fernandes-Anderson has been duly noted as a sincere servant of the community, working on issues such as those within the Boston Public Schools, homelessness, and mental health issues, while also serving as a foster mom. Councilor Fernandes-Anderson has, without a doubt, been a strong advocate for her constituents as well as for those outside of District 7.

Councilor Fernandes-Anderson has given so much of herself to the community throughout the years unselfishly, and I know that even when she's no longer in the Councilor's seat, she will continue to give of herself. We're of the opinion that incarcerating her will not best serve anyone. We, at Muhammad Mosque No. 11, respectfully request that you afford Councilor Fernandes-Anderson a sentence of home confinement in lieu of incarceration. Thank you in advance for considering this letter. If you have any questions or comments, please do not hesitate to contact me at █████████

Sincerely,

Minister Randy Muhammad

I am writing with deep respect and sincerity on behalf of Ms. Tania Fernandes-Anderson to request your consideration for an alternative to incarceration—specifically, that she be allowed to serve her sentence under house arrest.

I have had the privilege of knowing Tania through our shared service to the Portuguese and Cape Verdean communities in Boston. In every capacity I have witnessed her, Tania has led with integrity, compassion, and an unwavering dedication to the people around her. Her work has never been limited to the requirements of her role; she has given of herself freely—offering her time, her voice, and her heart to those in need.

Tania has consistently gone above and beyond to support struggling families, advocate for underserved individuals, and build bridges among people. Her ability to listen, to understand, and to uplift has made a lasting impact on countless lives. She is someone our community looks up to—not only for her service, but for her humility and kindness.

We recognize that a mistake was made, and Tania has taken full responsibility. She has shown deep remorse and has already taken meaningful steps to make amends. Because she has acknowledged her mistake, we would like her to serve the sentence imposed by this court at home. It is because of her continued dedication to our community—even in the face of adversity—that I ask you to consider the value of allowing her to serve her sentence at home.

House arrest would allow Tania to continue the important support she provides while also fulfilling the consequences of her actions. This alternative would reflect both

accountability and the opportunity for continued community benefit—something Tania has always embodied through her work and her character.

Thank you for your time, your compassion, and for considering this request. I am available at any time should you need further information or support.


**Respectfully,**

Narcisa Araujo

# Nataka S. Crayton

████████████████████████

July 3, 2015

**Honorable Judge Indira Talwani**
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Letter of Support for Tania Fernandes Anderson – Request for Leniency

Dear Judge Talwani,

I am writing this letter with deep sincerity and a heavy heart to respectfully request leniency in the sentencing of Tania Fernandes Anderson. I have known Tania for more than 30 years, as a friend, a sister in community, and a tireless advocate for justice, equity, in my district and the people of Boston.

Over the years, I have witnessed Tania show up with unwavering passion, strength, and integrity. She has devoted her life to public service and social good, often placing the needs of others ahead of her own. Whether fighting for housing, mental health resources, youth opportunities, immigrant rights, or economic equity, she has been on the front lines, not for recognition or status, but because she truly believes in the possibility of a better world for all.

Tania has personally touched my life and the lives of many people I love. She has been a source of inspiration, comfort, and action. She has helped families navigate impossible systems, shown up during moments of crisis, and poured her whole self into uplifting those who too often go unheard. I have always known her to be courageous, principled, and guided by a deep moral and spiritual compass.

None of us are perfect, but Tania's life has been defined not by mistakes, but by her service, her motherhood, her advocacy, and her compassion. She is a wife, a mother, a daughter, and a deeply needed part of our community. Her presence is essential, not only for those of us who love her, but for the people she continues to fight for every day.

I respectfully ask that you show her mercy during sentencing. Clemency in this moment would not erase accountability, but it would honor her lifetime of good, the people who still need her, and the healing that is possible when justice is tempered with humanity.

Thank you for your time and consideration. I can be reached at ███████████ if you need additional information.

With deepest respect,

*[signature]*

Nataka S. Crayton

███████████
██  █  █



April 28, 2025

Nefertiti Lawrence
John D. O'Bryant School of Mathematics and Science
████████████

The Honorable Indira Talwani
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Honorable Judge Indira Talwani,

My name is Nefertiti Lawrence, and I am a high school mathematics teacher at the John D. O'Bryant School of Mathematics and Science. I have had the privilege of knowing Tania Fernandes Anderson as both a friend and a fierce community advocate for the past four years. I am writing to share my sincere and personal testimony about the positive qualities I have observed in Tania and the impact she has had on our school and broader community.

Tania consistently embodies grace, kindness, and an unwavering commitment to service. Last year, when our school faced the possibility of being relocated from Roxbury to West Roxbury, it caused deep concern among faculty, students, and families. As an alumna of the John D. O'Bryant School, Tania immediately responded to our outreach. She took swift and decisive action to support our efforts, ultimately helping to ensure that our school remained rooted in its home community of Roxbury. This is just one example of her dedication and responsiveness—qualities that have made me proud to know her as a city councilor.

Over the years, I've learned so much from Tania, especially in the way she communicates and puts her community first. Her advocacy centers on giving voice to the most vulnerable among us. One especially memorable moment was when she invited my students to City Hall, where they were recognized with an official citation. As a math teacher, I deeply value real-world experiences, and this visit offered my students a meaningful look at civic

engagement. They left inspired—not only by what they saw, but by the example Tania set. Many of them expressed aspirations to follow in her footsteps to create change in their own communities.

Tania also shows a profound dedication to personal growth and service. She volunteers at schools, mosques, and youth groups, and she has been deeply involved with children and teens in foster care. As a former foster parent myself, I resonate with and admire her compassion and commitment to some of the most isolated and underserved young people in our city.

Her work during the migrant housing effort at the Cass Center was another testament to her leadership. Tania ensured that new arrivals were welcomed with dignity and support, coordinating food, clothing, and essential services. After the migrants moved on, she was instrumental in reopening and rehabilitating the Cass Center for safe community use. Her ability to meet pressing needs while planning for long-term community benefit is a rare and valuable strength.

Tania Fernandes Anderson has consistently demonstrated a deep sense of humility and pride in serving District 7. She is tireless in her efforts to uplift a historically disinvested community and is an inspiration to the youth who look up to her. I firmly believe she is a person of integrity, and I fully stand by her character.

Please consider these factors in your judgment of Tania Fernandes Anderson. I genuinely believe that she is a person of integrity, and I stand by her character wholeheartedly. Her dedication, compassion, and leadership are invaluable to our community.

Sincerely,

*Nefertiti Lawrence, MA*

_____

Nefertiti Lawrence, M.A.

High School Math Teacher

John D. O'Bryant School of Mathematics and Science

.

# *Dr. Omar Reid*



"Together We Can"

July 12, 2025

To Whom It May Concern:

My name is Dr. Omar Reid (███████████) (███████████) and I am a Licensed Mental Health Clinician (███████). I have been providing individual psychotherapy and group therapy since 2001 when I met Tania Anderson as the front desk office clerk for *the Father Friendly Program* which is part of the Boston Public Health Commission where we both were employed.

Tania Anderson was always helpful and supportive for the staff and the hundreds of clients who participated in Father Friendly Program. As she moved on to other jobs and became a City Councilor which I supported, she has been able to help hundreds of my clients with issues ranging from housing issues to dealing with community gang violence. In addition, she would always come to community events in the community without hesitation. This unfortunate issue she is facing cannot wipe away the many years of her positive work in the community.

I recommend that her sentence take into account the many positive things she gave to the community. If you need further information I can be reached at the above number or by email ███████████

Sincerely,

*Omar Reid,* Psy.D, LMHC

Pamela Miles



July 8th, 2025

Honorable Judge Talwani:

    My name is Pamela Miles. I am writing this letter on behalf of Tania Fernandes-Anderson. I have known Ms.Fernandes Anderson for many years. Throughout this time she has been a trusted colleague , confidante and friend, championing important causes throughout our community in Roxbury. She is a devoted Mom to her beautiful sons. She has had much time to reflect on the charges that are upon her. And continues to work to make things right.

  As you consider options for sentencing in her case. Please consider the option of house arrest /home confinement as opposed to confinement in a prison facility. She is no threat to our community. Her children need her. The cost to imprison her could be better utilized to serve the needs of our community and the commonwealth in a time of so many cuts all over the commonwealth and the country. Please rule kindly on her behalf.

Thank you,
Sincerely,

**Priscilla Naa Ayorkor Tagoe**



**Date**: July 10, 2025

**To:**
The Honorable Judge Indira Talwani

**Re: Character Reference for Councilor Tania Anderson**

Dear Judge Talwani,

I am writing to respectfully offer my support for Councilor Tania Anderson. I had the privilege of working as an intern with her from January to June last year, and I came to know her as someone who cares deeply for the people she serves.

One moment that stands out to me personally was when I lost my mother during my time at her office. It was one of the most difficult times in my life, and Councilor Anderson went out of her way to offer me comfort, guidance, and emotional support. She also once invited me to her home just to make sure I wasn't going through my grief alone. This gesture touched me deeply. Councilor Anderson gave me office clothes when I first started working with her, knowing I didn't have professional outfits at the time. Though these may seem like small gestures on the surface, they meant everything to me. Her kindness and empathy during that season were unforgettable and spoke volumes about the kind of person she is—someone who shows up for others in moments of pain and need.

While I understand the seriousness of the charges she is facing, I believe this moment does not reflect the full measure of her character or the impact she's had on countless lives. Councilor Anderson has consistently shown herself to be a compassionate leader and a deeply caring individual. I respectfully and humbly ask that you consider granting her leniency, such as house arrest, so she may continue to care for her family and seek restoration while still being held accountable.

Thank you for taking the time to read this letter and consider the larger picture of who Councilor Tania Anderson is and the support she has provided to her community.

Sincerely,
**Priscilla Naa Ayorkor Tagoe**

**The Honorable Judge Presiding Over the Case of Councilor Tania Fernandes Anderson**
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

**RE: Sentencing of Councilor Tania Fernandes Anderson**

Your Honor,

I write to you not only as a Boston resident and public servant, but also as Councilor Tania Fernandes Anderson's colleague and friend—someone who has had the privilege of witnessing her unwavering commitment to our community long before and even amid the challenges that bring us to this moment.

Councilor Anderson has admitted fault. She has taken public responsibility for the pain she has caused—especially to the trust that the public places in its elected officials. Accountability must follow, and she is not asking to be spared from it.

What I am asking for—and what so many in our community fervently hope—is that this accountability take a form that aligns not only with justice, but with healing.

Incarceration, while punitive, would rob the community of a beloved leader who is uniquely positioned to do the difficult work of repair—not from the sidelines, and certainly not from behind bars, but right here: in the streets, neighborhoods, and public forums where her journey started and where the healing must begin. She is not above justice. But justice need not be synonymous with separation.

If Your Honor's goal is to preserve public confidence, I ask you to consider this: a contrite leader, soon to be stripped of her official title, but still standing in the community—facing us, speaking to us, and working to mend what has been broken—is a far more powerful statement than her absence ever could be.

Councilor Fernandes Anderson has the capacity to turn this moment into a life lesson for others. Let her do so through visible acts of restitution: mentoring young leaders, engaging directly with ethics and public accountability work, and serving those harmed by failed systems. Let her story become a living example of how restorative justice works when matched with true contrition.

This is not about sparing her discomfort. It is about leveraging her accountability for the greater good of a community already too familiar with loss and abandonment.

I respectfully ask that you consider a sentence that keeps her in our community, under strict conditions of service, transparency, and ongoing restorative engagement. We need her—not in power, but in penance. Not in isolation, but in proximity.

Let her rebuild what has been broken. Let her show us what true justice can look like.

With deepest respect,


**Reggie Stewart**
Director of Community Relations, Boston District 7
Candidate for At-Large Boston City Council

Dear Judge Talwani,

At a moment in time when the planet seems to be reeling with foundational matters, we find ourselves attempting to adjust the world order to fit our interests at home and abroad, as we try to align our actions with our constitutional values of freedom and justice for all.

Tania Fernandes Anderson, City Councilor, District 7, has passionately, effectively and relentlessly represented those disenfranchised in our district and beyond. Tirelessly and adroitly with clarity, transparency and fairness, she has already sacrificed much to be a city councilor of the people and for all the people.

Rarely within the nearly half century that I have been a resident of D7, has there been a community servant who has been more undeniably a positive force in bringing about constructive change than Councilor Anderson while she has been responsive to the needs of the community citywide.

As a relatively young community activist, it is apparent that she has grown enormously these past few months as she has had to deal with the enormous loss to her constituents and her mission, as a result of an indiscretion that she has committed and has asked forgiveness for. We all make mistakes that impact others. This potential lapse in judgement leading to a departure from the core of city government and the political arena represents a severe blow to our community and city of Boston and beyond.

If you could find it in your heart to be more lenient, in support for her in making this temporary transition away from the work she has fought for so valiantly for, it would make a world of difference as we grapple with sustaining the work that we have done as her community advisory council to successfully manage the struggle that continues in the center of the city of Boston, while making it safer, more equitable, livable and a more humane space, would undoubtedly help us all as we move forward in this experiment in our young democracy.

Please know that I am available if I may be of any further assistance to you in your deliberations.

Sincerely,

Dr. Reginald L. Jackson

United Neighbors of Lower Roxbury



# Reverend Dr. Kevin C. Peterson



10 July 2025

Judge Indira Talwani
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Courtroom 9, 3rd Floor
Boston, Massachusetts 02210

Honorable Judge Indira Talwani:

My name is the Reverend Dr. Kevin C. Peterson of Boston.
I am writing regarding a "mercy" appeal related to the sentencing case involving former Boston City Councilor Tania Fernandes Anderson, who has recently pleaded guilty to specific legal infractions while holding public office.

As a minister and community activist in the City of Boston, I have known Ms. Fernandes Anderson for nearly seven years, working with her as our community developed redistricting and racial justice objectives for the Black community. In both cases, she performed with superlative skill, knowledge and public wisdom. I am proud to know her as a professional possessing extraordinary talents. I have been organizing in Boston's political arena since the 1990s and can identify few other Black leaders in Boston who have displayed a deep passion and commitment to their community. And as you well know, this community has been historically marginalized.

Notwithstanding the mistakes to which she has publicly admitted, I support Ms. Anderson, especially in her time of trouble.

To this end, I ask that you extend the mercy of the court in your hands to grant. Specifically, I implore, that as matter of your sentencing decision, you give Ms. Anderson a "house arrest" judgement instead of imprisonment. Indeed she deserves this in light of decades of work in our community. I believe we should charge this mistake on her part to her head and not to her heart.

Sincerely Yours,

*Rev. Dr. Kevin C. Peterson*



7/12/2025

Dear Judge Talwani,

I write to you today as a pastor, a community leader, and a servant of God. For more than thirty years, I have had the honor of leading Pleasant Hill Baptist Church in Dorchester—ministering to the spiritual, emotional, and moral needs of our congregation and broader community. It is from that role, and with a deep understanding of both human fallibility and the possibility of redemption, that I respectfully ask the Court to consider leniency in the sentencing of Ms. Tania Fernandes Anderson.

Ms. Fernandes Anderson has long been a visible and engaged presence in our community—not just as an elected official, but as a mother, a foster parent, and an advocate for families in need. She has opened her home and heart to children who had nowhere else to go and has lifted up those who felt unseen. These are not minor acts—they are the defining threads of a life shaped by service.

Her errors in judgment have brought real consequences, and she has accepted responsibility for them. But I urge the Court to weigh the totality of her life—the years of giving, the countless lives she has touched, and the enduring responsibilities she still holds, particularly to her children and those who rely on her. A sentence of incarceration would not only punish her, but risk tearing apart the fragile web of support she has built for those around her.

In my decades of ministry, I have worked closely with individuals who have made serious mistakes—including some who were convicted of crimes. I have seen firsthand how alternatives to incarceration, such as house arrest or supervised release, can create space for reflection, accountability, and growth—while also preserving the vital bonds of family and community. I believe Ms. Fernandes Anderson is someone who can—and will—continue to grow, to give back, and to make amends, if given the chance.

Forgiveness does not negate consequences. But it does affirm the belief that people are more than their worst moments. Ms. Fernandes Anderson has shown remorse and taken responsibility. And I believe she still has a great deal to offer—to her children, to her community, and to the ongoing work of redemption.

Thank you for your time and for considering this appeal with the compassion and wisdom I know this Court strives to uphold.

Respectfully,

Reverend Miniard Culpepper
Pleasant Hill Baptist Church, Dorchester

Hon. Judge Indira Talwani
John Joseph Moakley
One Courthouse Way
Room 2300
Boston, MA 02210

The purpose of my letter is to respectfully request that you consider the personal situation of former Councilor Tania Fernandes Anderson as you contemplate her sentencing. I have know Tania since she was elected to the District 7 seat and as a real estate developer with projects in her Nubian Square district I called upon her to support my projects at neighborhood meetings, at BPDA meetings and for public funding. I have always found her to ask appropriate questions, ensure that the neighborhood stakeholders were protected and more. She is one of the few elected officials that understands the importance of economic development and the role of local minority businesses in the district. For these reasons she added significant value to Nubian Square.

I previously served as Secretary of Transportation for the Commonwealth of Massachusetts and therefore have a keen sense of the importance of public trust associated with elected and appointed officials. And it is also why I was deeply disappointed in her actions and I told her so. I shared that her actions were an egress breach of the public trust.

Tania has publicly apologized for her misconduct and has shown deep remorse , even as she embarrassed her family and her community.

Her contrition, her excellent work for the community and financial support for her children and other family members should help to reduce her sentence. I am well aware that sentencing must be a balance understanding all of the facts. There must be punishment to match the crime and to send a message to others. But each situation must be looked at on its own merits. She is a first time offender and this was not a crime involving a structural criminal enterprise. She made a very bad personal error in judgment.

It would be my hope that you would consider increasing her fine, give her house arrest and if you decide she must spend a limited time in a house of correction allow her to come home on weekends.

Your Honor, I thank you for considering my comments, thoughts and indeed a plea for a community servant that made a mistake but has learned much from it.

Sincerely,

Richard L. Taylor



July 9, 2026

Dear Honorable Judge Talwani,

My name is Robert-John Tanzerious Anderson. I'm currently a firefighter for the city of Boston and also brother-in-law to Tania Fernandes Anderson. I can be reached via email at ▮▮▮▮▮▮▮▮▮▮ or by phone at ▮▮▮▮▮▮▮▮. At this time, I'm currently aware of her situation but would like to formally express my desire for the court's leniency on the matter. I've known Tania for the better part of 30yrs and I can say, without a doubt, there's not a bad bone within her. Throughout the years of our friendship and carrying on through our familial bond, she's been nothing short of an exceptional person, publicly and privately. If you need help, she's there. Advice, she's there. A listening ear, she's there. A shoulder to cry on, she's there. Any type of support you can think of, Tania has given it to myself and others, in absolute spades.

While I understand the circumstances of the predicament she's in, it would be a loss to our family and her community for her to be taken in such a visceral way. We've all made mistakes, yes. But redemption is something we all should have an opportunity to exercise. And I truly believe the best way for her to do that is from the safety of her home, with the support of her friends and family while being able to prove to the community she served that she can make amends. I've watched her, countless times, do whatever was needed to be done, for herself and others, to feel safe, loved and acknowledged. To have every one of those moments erased because of one, doesn't seem fair. Especially when she's been such an integral part of the well-being of the countless people she's interacted with. Myself included. Please consider my words when the day comes, and let them be a moment of truth and clarity for a decision that is just but also merciful.

Submitted Respectfully,

Robert Anderson
Brother-in-law
▮▮▮▮▮▮▮▮

Rodney Singleton



July 14, 2025

The Honorable Talwani

Re: Sentencing Support Letter for City Councilor Tania Anderson

Dear Judge, Talwani:

I have known Tania Fernandes Anderson since she became City Councilor, representing District 7, through the formation of the District 7 Advisory Council, which I am a member.

I write to you not to deny the seriousness of the law, but to ask for compassion in its application. I respectfully ask for leniency in the sentencing of Councilor TFA, who has recently pled guilty. I do so not to excuse the offense, but to affirm the totality of her service—and the vital light she brings to a community long kept in the shadows.

In Boston, neighborhoods like Roxbury, where I have lived for 64 years, we have endured generations of marginalization, shaped by a legacy of systemic racism in land use, housing, education, work opportunity and political representation. In that context, Councilor TFA is not merely a public official, but a voice—sometimes the only voice—for a community that too often goes unheard.

Councilor TFA listens and fosters ideas and policies that have carried real meaning for D7 residents—ideas that have helped shift the narrative, challenging city government to see those it has for too long ignored. In the spirit of Thomas Jefferson's words—"He who receives an idea from me, receives it without lessening me; as he who lights his candle at mine, receives light without darkening me"—Councilor TFA's representation, advocacy and civic formation of the District 7 Advisory Council helped light many candles. Our collective advocacy and ideas ignited hope, empowered civic engagement, and invited many into public dialogue who had never seen themselves reflected in power.

And yet, as Dr. Martin Luther King Jr. taught us, "Forgiveness is not an occasional act; it is a constant attitude." MLK's vision of a "beloved community" reminds us that justice without grace becomes retribution; that punishment without context can deepen the wounds it seeks to heal.

This is a moment for mercy—not because there are no consequences to wrongdoing, but because there is still great potential for repair. Councilor TFA remains someone capable of doing great good, capable of helping mend the very trust that was damaged. A tempered sentence—guided by justice but infused with compassion—would not only serve fairness, but would also honor the greater goal of reconciliation and community restoration.

Thank you for considering this request for leniency.


With respect,

Rodney Singleton



**RE: Character Letter for Tania Fernandes-Anderson**

Dear Honorable Judge,

My name is Romilda Pereira, and I am the Founder and Executive Director of *Project Turnaround*, a Boston-based organization that uses restorative justice, healing-centered practices, and civic engagement to empower system-impacted youth and adults. I also serve as the Trauma Response Manager in the city of Boston, where I respond to incidents of community violence and facilitate healing spaces for families and survivors. I write to you not only as a community leader, but also as a woman who was once incarcerated herself, and who has spent the last 13 years doing the hard work of transforming pain into purpose.

I am writing to humbly ask the Court to consider an alternative to incarceration in the sentencing of Tania Fernandes-Anderson.

I have worked with Tania over the years in several community settings. What I have witnessed in her is a woman deeply committed to serving others, particularly our most vulnerable residents. Whether it was supporting youth programming, showing up to community healing events, or advocating for underserved neighborhoods, Tania has shown up. She has used her platform to uplift voices that are often ignored and has demonstrated a sincere desire to make our city better.

Accountability is critical but I also believe that incarceration is not always the most effective path to accountability. As a restorative justice practitioner, I have seen firsthand how people can take responsibility for harm, repair relationships, and make amends while remaining rooted in their community. Accountability outside of incarceration can look like direct service to the very communities harmed, participation in restorative justice circles, public acknowledgement and repair, and ongoing community work under structured oversight. These are not easy paths they require time, vulnerability, and courage.

I believe Tania has the capacity and willingness to take full responsibility for her actions in a way that serves justice and heals rather than harms. Sending Tania to prison would not only remove a deeply embedded community member but would also rob the city of someone who still has so much to give. Rehabilitation and accountability can and often do happen more effectively outside of prison walls, particularly when the individual has a strong support system, a history of service, and a willingness to make things right.

I ask you to consider the impact Tania can continue to have if allowed to remain in her community. I am willing to support her through a restorative accountability process should the Court choose to pursue a non-carceral sentence.

Thank you for your time and consideration.

With hope and respect,


Romilda P. Pereira
Executive Director, Project Turnaround



*The Commonwealth of Massachusetts*
*House of Representatives*
*State House, Boston 02133-1054*

**RUSSELL E. HOLMES**
**STATE REPRESENTATIVE**
REPRESENTING THE PEOPLE OF THE
6TH SUFFOLK DISTRICT
DORCHESTER • HYDE PARK • JAMAICA PLAIN
MATTAPAN • ROSLINDALE

VICE CHAIR
HOUSE COMMITTEE ON OPERATIONS,
FACILITIES AND SECURITY

JOINT COMMITTEE ON WAYS AND MEANS
JOINT COMMITTEE ON BONDING,
CAPITAL EXPENDITURES AND STATE ASSETS
HOUSE COMMITTEE ON GLOBAL WARMING
AND CLIMATE CHANGE

April 25, 2025

The Honorable Judge Indira Talwani
U.S. District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

**RE: Letter of Support for Tania Fernandez Anderson**

Dear Judge Talwani,

I am writing to express my support for Tania Fernandez Anderson as she comes before you for sentencing. I have known Tania since before she was a Boston City Councilor. We met when she was the executive director of the Bowdoin Geneva Main Streets.

As executive director, Tania was able to take her love for the Cape Verdean community and her community activist spirit to support small businesses as they improved their storefronts, services; and products. Tania was up to the challenge of the much-needed revitalization of the Bowdoin Geneva Business District as the district attracted new businesses and created more jobs.

Tania's love for her community extended beyond her professional life. Tania showed her love for the community as she was the foster mother of seventeen children.

Tania took this passion to the Boston City Council where she would take the lead for the needs of her constituents. Tania assisted those who were homeless, she assisted those who needed assistance with dealing with addiction, she assisted seniors and people with disabilities. She was the go-to person for those who were in need and has made a meaningful difference in the lives of many, including my own family.

While I do not excuse any mistakes she has made, I do believe that Tania is a good and kind person who has shown remorse and a sincere desire to take responsibility for her actions. I respectfully ask that you consider mercy in her sentencing and allow her the opportunity to continue contributing to her community outside of prison.

Sincerely,

Russell E. Holmes
State Representative, 6th Suffolk District

**Salea Perry**



**July 11,2025**

The Honorable Talwan
John Joseph Moakly US
1 Courthouse Way, Suite 2300
 Boston,Massachusetts 02210

**Re: Character Reference for Tanya Anderson**

Dear Judge Talwan,

I am writing this letter on behalf of Ms. Tanya Anderson, whom I have had the privilege of knowing for 10 years in both a personal and professional capacity. I respectfully ask that you consider this letter as a reflection of her true character.

Tanya is a genuinely good person—honest, respectful, and deeply compassionate toward others. She is the kind of individual who constantly puts others before herself and demonstrates integrity in all aspects of her life. As a professional, she is known for being reliable, hard-working, and dedicated. Her strong work ethic and attention to detail have earned her the respect of colleagues, supervisors, and community members alike.

In addition to her professional commitments, Tanya is deeply involved in her community. She regularly volunteers her time for local events, charity organizations, and community outreach programs. Her desire to uplift and support others is evident in everything she does.

Tanya has always conducted herself with humility and kindness, and she serves as a positive role model for those around her. I firmly believe that her actions, contributions, and moral character speak volumes about the type of person she truly is. I'm asking for leniency to allow Tania to be under house arrest instead of prison.

Thank you for your time and consideration. I hope you take this letter into account when reviewing matters related to Tanya Anderson. Please feel free to contact me if you require any additional information.

Sincerely,
Salea Perry

Dr. Shalair Armstrong

Small Business Owner

██████████████

██████████████████████████

████████████

April 26, 2025

Honorable Judge Indira Talwani  United States District Court  District of Massachusetts  John
Joseph Moakley U.S. Courthouse  1 Courthouse Way, Suite 2300  Boston, MA 02210

Re: Sentencing of Tania Fernandes Anderson – Request for Compassionate Consideration

Dear Judge Talwani:

As a business owner and lifelong Boston resident who has known Tania Fernandes Anderson since
we attended John D. O'Bryant High School together more than thirty years ago, I respectfully urge
you to consider alternatives to incarceration in her sentencing.

The woman I know is someone who answers 3 a.m. calls from grieving friends and transforms that
same compassion into systemic change for our community.

As District 7 City Councilor, she has:

• Established Boston's first municipal reparations task force (2022)  • Secured $12M for affordable
housing in our most vulnerable neighborhoods  • Created opportunities for hundreds of at-risk
youth through her Youth Opportunity Initiative
I have personally witnessed Tania take full accountability for her actions while demonstrating an
exceptional capacity for rehabilitation through:
• 500+ hours of community service since her indictment  • Developing prison reform programming
in partnership with Suffolk University  • Mentoring six formerly incarcerated women through their
reentry process.


For these reasons, I humbly ask that you not sentence Tania to jail.


Her continued presence in our community allows her to:

1. Maintain her restorative work with at-risk youth
2. Support her elderly parents who rely on her care
3. Fulfill court-mandated obligations through supervised release

A non-custodial sentence would honor both the seriousness of this matter and Tania's extraordinary contributions to Boston - while allowing her to keep rebuilding lives rather than becoming another statistic in our overcrowded prison system.

Thank you for your wisdom and mercy in this difficult decision. I remain available to provide any additional information at your request.

Respectfully submitted,
Dr. Shalair Armstrong
Small Business Owner ██████████████████████████

Sharon Harris

July 15, 2025

Judge Indira Talwani
John Joseph Moakley
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Judge Talwani,

My name is Sharon Harris, a long-time resident of the City of Boston. I am writing to you regarding Boston City Councilor Tania Fernandes Anderson and her upcoming sentencing date, scheduled for July 29, 2025.

I was first introduced to Tania over twenty years ago as a counselor at a community agency called Women Connecting Affecting Change in the late 90s. WCAC mission is to prevent women from contracting HIV by providing them with prevention, education, and opportunities to increase their prospects for becoming more actively engaged in their physical, emotional, and spiritual health. I would drop in a few times a week, attend workshops, and receive case management services from Tania and peer-led staff members. Although I do not have HIV, the services provided were immeasurable.

Tania was and is still an amazing advocate for women. Her mentorship led me down the road to recovery and enabled me to actively increase my self-esteem and feelings of self-worth in a time in my life when I needed sisterhood the most.

Tania and I reconnected in 2006, by then we both had reverted to Islam, and I established a personal relationship with her through her love for God and her work in social justice issues concerning the Muslim community in Boston. I have witnessed with my own eyes the love she has for her family and her community. At her core, Tania is a selfless woman.

I am asking if you can please be lenient in your ruling of my dear sister Tania Fernandes Anderson. Your rulings often reflect a deep understanding of marginalized communities, likely influenced by your multicultural roots. Your rulings cut through political fog, grounding decisions in evidence and empathy. Tania's legacy is measured in lives touched, which carries immeasurable value. Please allow your ruling to reflect that.

Sincerely,
Sharon Harris

Silvia Dias  July 15th, 2025

Dear Judge Talwani,

I hope this letter finds you well!

My name is Silvia Maria Borges Dias, and I am Tania Fernandes Anderson's aunt by affinity. I have known Tania since she was a child. While we are not related by blood, I lived with Tania's uncle who is the father of my daughters for many years in Cape Verde. During that time, I took on the responsibility of caring for family members who remained in Cape Verde after her mother immigrated to the United States.

I cared for Tania as if she were my own daughter. She has always treated me with deep love, affection, and respect, considering me a maternal figure in her life. From a young age, Tania has shown intelligence, humility, and a strong devotion to her family. She has always been actively present in raising her children and providing them with dedication.

Tania is a hardworking woman who has never had any prior conflict with the law. She has consistently contributed positively to her community and maintains close, supportive relationships with her family. As a mother and community member, she has always placed the well-being of others before her own and approached life with diligence and integrity.

I have always been and continue to be deeply proud of Tania as a woman, a mother, a wife, and a professional. She consistently shows humility, respect for others, and an admirable level of professionalism.

I understand that she made a mistake and has shown sincere remorse for her actions. I believe she is committed to learning from this experience and moving forward with renewed purpose and accountability.

With that in mind, I respectfully and humbly ask that the Court show her compassion and mercy during this difficult time.

Kind regards,

*Silvia Dias*

Silvia M. Dias



Stacey Borden



April 20, 2025

The Honorable Judge Indira Talwani
United States District Court
District of Massachusetts
US Courthouse
1 Courthouse Wy
Boston, MA 02210

Dear Judge Talwani,

My name is Stacey Borden, and I am the Founder and Executive Director of New
Beginnings Reentry Services, Inc. (NBRS), a trauma-informed reentry program I
established after navigating nearly three decades of involvement with the criminal
legal system. As a formerly incarcerated woman and long-time community
advocate, I am writing with deep respect and unwavering support for Councilor
Tania Fernandes Anderson.

Councilor Anderson has been a powerful and passionate voice at City Hall,
particularly for the constituents of District 7. I have personally witnessed her
courage and leadership as she stood powerfully in the City Council Chambers,
consistently advocating for policies that address the real and urgent needs of our
communities. Her presence in those chambers was never performative—she was
and remains deeply rooted in the community, always accessible when called upon,
and steadfast in her commitment to social justice.

As a constituent, I have felt seen and supported by Councilor Anderson. She showed up when it mattered—attending our community meetings, listening intently, asking the right questions, and bringing our concerns back to the legislative table. When I needed guidance navigating civic engagement for my nonprofit organization, she didn't just offer advice—she offered her time, her platform, and her belief in second chances. Her support has meant the world to me and to so many others.

Ms. Anderson has been a fierce champion for equity, advocating for better education, affordable housing, homeownership opportunities, and community-led solutions to systemic issues. She is a woman of integrity, dignity, and compassion—a dedicated mother, and an unwavering leader in a time when our communities are in desperate need of both healing and hope.

I respectfully urge Your Honor to consider an alternative to incarceration for Councilor Anderson. She has shown accountability, transparency, and remorse—hallmarks of someone who is committed to personal and public responsibility. Incarcerating her would not only inflict harm on her as a mother of two young sons but would also rob our city of a rare and genuine leader who continues to fight for the people she serves.

As someone who has built a program centered around restorative justice and healing, I know firsthand the power of community-based interventions. We must allow space for accountability that uplifts rather than punishes. Councilor Anderson deserves the opportunity to continue the work she began—not behind bars, but within the community she so fiercely represents.

Thank you for your time, consideration, and compassion in this matter.

Sincerely,

Stacey Borden, M.Ed., LADC I
Founder
New Beginnings Reentry Services, Inc.
Adult Reentry Day Center

# Stephen S. Fox



14 July 2025

Honorable Judge Indira Talwani
Judge, U.S. District Court, District of Massachusetts
[By electronic copy]

Dear Judge Talwani:

I write today in reference to the Tania Fernandez-Anderson case and on her behalf.

I have known the former City Councilor since she originally ran for the seat; I have worked very closely with her as both my and one city council representatives of the South End neighborhood. For the last decade plus I have chaired the South End Forum which is the umbrella organization representing the shared common needs of neighborhood and business associations. Since her election to the District 7 City Council seat, I have worked with Tania, her staff, other city councilors, the Mayor's Office and department representatives, and my fellow neighborhood residents and advocates on a very wide range of issues.

From the first day of our collaboration once she became a candidate until her resignation from office on July 4, I have been able to observe first hand the personal qualities of care, resourcefulness, and unwavering commitment to serving the needs of constituents in seemingly inexhaustible supply as our elected representative throughout that time. My respect and admiration for her energy, problem-solving creativity, focus on evidence-based research, open-mindedness, and willingness to admit what she doesn't know, has only continued to grow during the time we have known and worked with one another. In sum, Tania has been and is an exceptionally talented, resourceful, and remarkable person and city council representative.

Given the personal experience offered in the foregoing, please know the disappointment deeply felt following Tania's guilty plea to the charges before this court was both intense and discouraging. How do we reconcile an inexhaustible talent, someone with brilliant and incisive issue analysis coupled with unwavering fealty to constituent needs to an admission of wrongdoing that is at its core a rudimentary violation of our basic moral code. The contrast between the person we have all come to know well as our collective voice as city councilor and the person standing before this court could not be more different.

Those of us who share our personal experiences and views with you as you determine how to best meet the demands of justice can only hope to provide balance and perspective to help inform that decision-making. As I learned long ago, the difference between those who are too certain of themselves and those who are truly wise is that the latter is full of doubt. Thank you for your consideration.

Warm regards,

/s/Stephen S. Fox


# ISLAMIC MULTI-SERVICE ORGANIZATION
## I.M.S.O.
### LENDING A HELPING HAND



April 26, 2025

Re: The character of Tania Anderson

To the Honorable Judge Indira Talwani:

My name is Sufia Hassan, the Educational Director of the Islamic Multi-Service Organization (IMSO). I am writing you on behalf of Councilor Tania Fernandes Anderson. I've known her as a community member and friend for over 20 years and have worked with her both professionally and personally. As a community member she has always been gracious, concerned and respectful of other's needs and differences. Her creativity spans many domains from culinary arts, which she used to feed many people, to haute couture artistry for which she used to promote fashion as a form of expression. In my observation, she used that same creativity, wit and passion to serve Boston's District 7, which represented her people, the same people she loved and fed.

During her tenure as Councilor, I found her to be honest and responsive to the community on many matters from my small swimming program for modest women to the much larger concerns of District 7's business community. Having attended various initiatives around many issues throughout her district, I found that she and her team were attentive, creative and professional in managing and addressing the needs of the community.

This offense for which she has pled guilty, is so unfortunate and disappointing, because we as a community need her and Councilors like her who will champion our causes. However, I believe her passion to help others and the evident loss of opportunity to make a difference due to these misguided choices will serve as a profound lesson for the rest of her life. Because of all the good she has done as Councilor and member of the community, I am asking you to consider as much leniency as the law allows, while sentencing Councilor Tania Fernandes Anderson.

I appreciate you taking the time to read and consider my recommendation.

Sincerely,


Sufia Hassan
Director of Education and Programming
Islamic Multi-Service Organization

Hon. Indira Talwani
U.S. District Court
1 Courthouse Way
Boston, MA 02210

July 18, 2025

Dear Honorable Talwani:

My name is Tanzerious Anderson and I'm writing in support of my wife Tania Fernandes Anderson and requesting leniency and compassionate sentencing. I pray my personal testimony will be considered favorably.

My wife is a remarkable human being. She is an exceptional mother and the best friend a person could have. I am lucky that in my wife, I have more than a best friend. She is a beautiful person inside and out.

Tania had a tumultuous and traumatic childhood. At ten years old, she was transplanted from a small island to the Boston projects, enduring a harsh transition from a colorful natural environment to the pollution and cement of the inner city. The entire world she knew was suddenly gone and replaced with something cold, sterile, and uncertain. She had no choice but to raise her younger brother and sister — all while going to school and working. She was always working. Tania was neglected and suffered emotional and verbal abuse. The suffering is too upsetting to recount here, but I have always deeply admired her resiliency and hopeful outlook. Despite so much personal suffering, she has always centered kindness. It has been heartbreaking to see her spirit broken by this experience.

I first met Tania as a teenager when we both attended the John D. O'Bryant School of Math and Science. She was brilliant in class, usually offering uncommon insights, intelligence layered with empathy rare in a person her age. She approached her fellow classmates with a kind personality, always available with a smile and helping hand. She volunteered for crisis hotlines and hung out with the weird kids in school. I found her peculiar in the best possible way. Anyone could see she was special. However, as an immigrant learning to speak English, she was also relentlessly bullied by some kids.

Tania and I lost touch after high school. Years later, she learned of my conviction and in an act of inconceivable grace, reached out to me as a potential support. Her instincts to nurture and extend compassion to those in need propelled her to reconnect with me. Although our initial reunion was strictly platonic and altruistic, over time we developed a bond and an understanding that transcended my carceral circumstance. I'm not quite sure how it happened, and indeed, we both tried our hardest to resist our true feelings. We both

understood the cost of maintaining a relationship while I was serving (at the time) a natural life sentence. But her bravery made me brave, and we agreed to give love a chance. I'm grateful for the lessons her courage has taught me.

The love I experienced with Tania was different than anything I had ever known before. I had never trusted that anyone truly loved me, but I trusted Tania when she said, "I love you." In the past, I felt that love was tied to status or what I could provide. But with Tania, it was completely different. At this point in my life, I was already pivoting away from transactional relationships and seeking something more substantial. I wanted to experience connection rooted in unconditional love and without fear. Something safe, yet vulnerable. Her gentleness softened my hardened spirit and gave soul to my recovery, which until then was only intellectual. The lens she provided me colored the world in glorious hues. Books I once read took on new and exciting meanings. Tania showed me the way by loving me unconditionally under the worst circumstance. She touched my soul, and now I feel connected to all of humanity. Tania stressed the importance of accountability, of taking full responsibility and ownership of our bad choices while simultaneously taking concrete steps to restore the harms we cause. She showed me that life is about healing, justice, and compassionate treatment of others. Prison is a dark hell, but Tania shined the light that showed me another way, placing love at the center. Her love taught me how to love the world, and that became my orientation. I am filled with sadness feeling that I am not able to do the same for her during this traumatic time.

Tania not only breathed life into me, but she breathes life into the community, to which she remains deeply committed. She is a kind soul, who places others before herself. She believes in people before profits. She is a brilliant woman who could have done any number of things with her life, and she always chose vocations of service. For example, she created the "Couples Therapy Boutique," a clothing store that focused on blended fashion, but also female empowerment and therapeutic dialogue to support self-expression and healing. She was advised to build her business in a wealthier community, but she insisted that our community deserved the very best services. She was adamant that the income generated by her store be reinvested into the local economy. Because there is inherent financial instability in entrepreneurship, she ultimately sacrificed her business dream for a stable job so her oldest son could attend college.

I am heartbroken that my wife's spirit has been crushed over the last two years. I frankly never wanted her to be a politician; it's not in her nature. She has always been sensitive. She has always desired authentic heart-to-heart connections with people, not transactional ones. In running for City Council, her singular goal was to help people. As Chair of the Ways and Means committee, she used all her political capital to get the most funds to the poorest sections of the community. She passionately advanced housing and public health policies addressing racial disparities. In contrast to the image painted in news

stories and by the government, Tania has *never* been about herself. The community loves her because she gives all of herself, always. She will sit with people for hours to talk about their lives, learning not only about their kids, but their ancestors, too. This has always blown me away. She wants to understand and see people on a deep level. To further her connections, she regularly attended multiple faith services and activities, believing that we, human beings, are a collective one.

I pray this Honorable Court will see my wife's true nature and consider as mitigation the intense hardships she has overcome throughout her life, her selfless lifelong commitment to others, and the traumatizing consequences she has suffered during this process. I pray she will be spared imprisonment and instead be sentenced to probation.

I am grateful for your consideration.

Sincerely,

Tanzerious Anderson

DEAR HONORABLE JUDGE,

My NAME IS TANZERIOUS ANDERSON AND I'm WRITING IN SUPPORT OF TANIA FERNANDES ANDERSON, REQUESTING LENIENCY AND COMPASSIONATE SENTENCING. I PRAY MY PERSONAL TESTIMONY WILL BE DULY CONSIDERED.

I FIRST MET TANIA IN HIGH SCHOOL. I REMEMBER HER AS A BRILLIANT STUDENT AND KIND PERSONALITY, ALWAYS AVAILABLE WITH A SMILE OR HELPING HAND. EVEN BACK THEN SHE WAS KNOWN TO BE A PERSON WHO CONSISTENTLY SERVED HER COMMUNITY (VOLUNTEERED FOR CRISIS HOTLINES), PUT OTHERS FIRST (TUTORED FELLOW CLASSMATES), AND NAVIGATED EVERY SPACE SHE ENTERED WITH INCREDIBLE EMPATHY AND CARE. BY NOW YOU HAVE HEARD OR LEARNED ABOUT TANIA'S COUNTLESS EFFORTS AND WORKS DEDICATED TO HER COMMUNITY. SO I'D LIKE TO SHARE HOW TANIA'S CHARACTER PERMEATES EVERY ASPECT OF HER LIFE, INCLUDING HER PERSONAL RELATIONSHIPS, AND HOW THOSE INSTINCTS OF SERVICE LED TO OUR INITIAL RECONNECTION AFTER MY INCARCERATION.

UNBEKNOWNST TO ME, WHEN TANIA FIRST LEARNED OF MY CONVICTION, SHE SHOWED INCONCEIVABLE GRACE AND SOUGHT WAYS TO REACH OUT TO ME AS AN ACT OF COMPASSION, AND AS A WAY OF RELATING GOD'S MESSAGE OF ACCOUNTABILITY, SUBMISSION, AND ATONEMENT. THE FIRST LETTERS TANIA

wrote to me were filled with messages of hope, prayers, and words of encouragement. There was no agenda save for extending God's mercy, a push for me to seek redemption, and encouragement to make amends wherever and however I could.

Tania continued to nurture the best parts of me. She challenged me to confront my past and current behavioral choices, and even offered to partner in my recovery process. Taking on this gargantuan task despite the commitment of time and emotional toll requires was nothing new to her. Tania is accustomed to investing in other people's growth, even at her own expense. However, for me, it was as if an angel had been sent to me. Her faith in me as a person and her belief in my fundamental humanity instilled in me a sense of confidence that I was capable of incredible change too. She provided me with the tools to be the very best version of myself.

Over time our relationship evolved. Tania displays the best possibility of humanity, igniting a fire of hope within me that erupted into blazing love. She not only has convictions and beliefs, she possessed the courage to stand by them. It cannot be discounted or minimized the amount of sacrifice and bravery loving and marrying someone under my conditions requires. To follow your heart regardless of the strain, judgement, and difficulty this commitment

demands speaks volumes about Tania's character and level of personal integrity. Not a day goes by without thanking God for providing Tania with the cover and fortitude for ensuring this experience, and for her supporting me during my incarceration.

Your Honor, it is that foundation of Love and Tania's amazing example that has allowed me to become an advocate in my own right, inspiring me to become a special needs assistant while incarcerated, as well as an active member of the Restorative Justice Community. Tania taught me the power of accountability, of taking full responsibility and ownership of our bad choices while simultaneously taking steps to restore the harms we cause. She taught me that life is about healing, justice, and compassionate treatment for all of God's creation. Thus, she taught me by her fine example of the way she treats people and community members she interacts with every single day. It's rare to know someone who can be kind when it's inconvenient. Yet Tania is that rarest of persons.

Once, while surveying the conditions of the notorious Mass & Cass encampments, Tania was robbed by an unhoused man. Since Tania routinely conducts her work without the typical explotive fanfare usually seen during these efforts, she was alone and without aid. Despite the violation and sense of vulnerability the robbery caused, when a police

Officer responded to what happened, Tania refused to automatically take the most punitive route. Instead she leaned into compassion and grace and took a moment to consider the conditions a person must be in to subject themselves to taking such desperate measures. In that time of silent prayer and reflection, another unhoused person approached her and in his hands were the stolen items. Incredibly, what came next epitomizes Tania's place and reverence within the community.

The man returning Tania's stolen property apologized for what happened. He stated how embarrassed he and their community was and that when word traveled that Ms. Fernandes Anderson had been violated, the transgression must be rectified. Because Tania always treated their community well, with respect and dignity, they couldn't allow the violation to stand. That moment was a testament to Tania's character, to how her community views her, and is an example of how the grace she extends to all people, regardless of background or station, results in restorative opportunities for community in crisis. When Tania is being kind to a person it isn't in service of reciprocity, it's in service to their humanity. And that result is what's possible when you're an example of the world you wish to inhabit.

Tania's unique capacity to feel other people's pain and struggles is what makes her such a compassionate

and fierce advocate for the underrepresented. It's also why I, among many others, believe she has learned and grown tremendously from this ordeal and acceptance of her role in it, and will humbly take the experience as an opportunity to display and model contrition with grace worthy of this court. She will be a perfect representative of Restorative Principles in action.

Tania is an essential part of our community. Her presence is needed for the continued development of our youngest son who excels academically under her tutelage. Another son has about a year left of service in the United States Marine Corp and without access to his mother during these tumultuous times would place incredible strain on his military readiness. And our oldest child benefits greatly from her love and guidance as he grows into a nurturing father. Tania also provides aid to my aging mother who recently suffered several strokes. Needless to say, Tania is an irreplaceable component to the functioning of our family, and any absence of her presence would have disastrous effects.

Please, your Honor, I respectfully and humbly request you recognize Tania's decision to not delay the administration of justice, her taking full and unequivocal responsibility, as well as the amount of negative press and shame already thrust upon her, as due punishment, and afford her the most fair and lenient sentencing possible, commensurate with her contributions to the community she so loves.

Respectfully Submitted,

Tanzerious Anderson

4.4.25

Dear Judge Talwani,

I am writing this letter to express my support for my Mother, Tania.

My name is Tarik Muhmmad, and throughout my entire life, my mom has been my number 1 supporter. She is continually working to ensure that I'm able to thrive and succeed, whilst also being the primary parent to help develop myself as an empathetic person. Taking her out of my life, even for moments, would leave me severely unsupported, as a person, as a man, and especially as a son. She has taught me to be selfless and caring, whether as a parent, sister, daughter, friend, or professional; my mom has consistently exuded a giving and uplifting nature. She's the type of person to think of others before herself, making sure that my brother and I have that stability that she didn't when she was younger. Because of her, I've never had to worry about being hungry or cold. In addition to being a single mother, working her entire life for her kids, cooking dinners, and ensuring we can attend school, she still finds time to spend with and show compassion to me and my family. To speak from my own experiences, I often think back on my mom's principles. My mom has a firm, positive attitude toward giving to those in need and those who deserve it. I vividly remember multiple moments driving by Mass and Cass, where my mom would search for at least a few dollars to spare, regardless of her situation. She also firmly believes in the idea that "if you're going out to eat, you should always have some money for a tip…" because she understands how demanding it is to be on your feet for hours dealing with people. You never realize what struggles a person is facing. For my brother and me, she is continually working to provide an enjoyable and sustainable life for us, and because of that, my mom is the most important person in my life. Nobody could surpass or overturn the lifetime efforts she's contributed to my development and survival. Commonly, people say they don't want to be like their parents. However, I could only aspire to follow in my mom's footsteps as such a loving and kind person. I provide these examples to express that my mom is constantly giving. She is the most caring and genuine person I know, and because of that, I ask you not to sentence my mom to prison. The community, her family, and I would be losing a loving, affectionate, and sincere person.

Sincerely,
Tarik Muhammad

Tatiana A. Rodriguez



July 13, 2025

Honorable Judge Indira Talwani

United States District Court

District of Massachusetts

Dear Judge Talwani,

My name is Tatiana Rodriguez, and I am writing this letter in support of Tanya Anderson as she approaches her sentencing on July 29, 2025. I have known Tanya as a colleague and friend, and I am deeply grateful for the opportunity to share a few words about her character and the impact she has had on me and our community.

I first met Tanya when she gave me the opportunity to work as a community health worker. From the beginning, it was clear to me that Tanya's work was not just a job - it was a calling rooted in love for her community and an unwavering commitment to equity and opportunity. She consistently puts people first, listening intently, advocating fiercely, and working tirelessly to ensure that underserved communities have access to the resources they need to thrive.

Tanya is a person of deep compassion and commitment to her community. Though she is Muslim, I have often reflected on how closely her values align with those I hold as a Christian - especially when it comes to uplifting the poor and marginalized. She has always treated people with dignity and respect, regardless of race,

class, or religion. While I understand that mistakes have been made, I also believe that a person's worth cannot be reduced to a single moment or decision. Tanya's years of service and sacrifice for our community should not be overlooked in this moment of judgment.

During her time on the City Council, Tanya was a powerful and necessary voice for Black and brown communities. She championed access to union jobs, fought for fair housing, and brought often-ignored issues to the forefront of city policy. Her advocacy was rooted in lived experience, and she carried the weight of her community with grace and determination. I believe that because she did so much to challenge the status quo and fight for equity, she has been held to a harsher lens than many others in similar positions.

Tanya has made a meaningful difference in my life and in the lives of countless others. She is not only a leader - she is an anchor for so many people who rely on her presence, encouragement, and spirit just to keep going. Tanya is an asset to our community in every sense of the word. Her absence would create a deep void that cannot easily be filled.

I ask, with deep sincerity and humility, that Your Honor consider the full context of her life, her service, and the role she plays in holding others up. I respectfully and urgently request leniency in her sentencing. If incarceration is determined to be the minimum sentence, I beg the Court to consider a less harsh alternative - such as home confinement - so that she can continue to support her family and remain connected to the people who depend on her most.

Tanya still has so much to offer. I believe in rehabilitation, redemption, and in mercy - especially for someone who has poured herself so fully into the betterment of others.

Thank you for your time and consideration.

With respect,

Tatiana A. Rodriguez

July 10, 2025

Honorable Justice Talwani,

My name is Tavis R. Carter and I am writing this letter in support of Tania Fernandes-Anderson. Tania was a former Academic Advisee of mine who was an exceptional student at the time I worked with her regarding her educational pursuits.

I am asking that you use your judicial discretion to show leniency and hand down a sentence of House Arrest instead of incarceration. I believe Tania has learned an invaluable lesson surrounding public trust and ethical behavior. Tania will go on to make a positive contribution to the Commonwealth of Mass after putting this terrible mistake in judgement behind her.

Respectfully,

Tavis R. Carter

Tavis R. Carter MS, LADC-1
Former Adjunct Professor / Academic Advisor
Springfield College-School of Human Services

To: Judge Talwani
From: Tiffany Cogell
RE: Tania Fernandes Anderson

Dear Judge Talwani,

I write with the utmost respect to offer a character reference for Tania Fernandes Anderson and to humbly ask that you consider a sentence that does not include incarceration. My intention is not to ask you to overlook any mistakes that may have occurred, but rather to share my perspective on Tania's profound and ongoing value to our community.

Tania has long been a source of stability, support, and inspiration for many of us. She has provided comfort during difficult times, created safe and inclusive spaces, and opened doors for people in need of employment, guidance, and hope. She has not just been a public servant, but a deeply trusted friend, someone whose actions consistently reflect care and responsibility for others.

Among her many contributions, Tania has shown extraordinary commitment to foster children, offering them a sense of belonging, structure, and love during the most vulnerable periods of their lives. Few people are willing to step into that role, and Tania did so with compassion and strength. Her impact extends well beyond individual relationships; she has helped shape lives, and in doing so, has helped shape the character of our broader community.

I believe wholeheartedly in the principles of restorative justice, which focus on accountability, healing, and the possibility of redemption. Tania has demonstrated her willingness to take responsibility, and I know she remains committed to doing the hard work of making amends and continuing to serve. Allowing her to remain in the community would not only acknowledge her past contributions but enable her to continue doing meaningful, good work that simply cannot be replicated behind bars.

Your Honor, I respectfully ask you to consider a sentence that reflects not only the seriousness of this case but also the full context of Tania's life and her unique capacity to give back. Her continued presence in our community would be a gift to so many. Thank you for your time, your service, and your thoughtful consideration.

With deep respect,

Tiffany Cogell

**Tiffany Cogell,** **Principal Consultant**
Social Equity + Impact Design

July 13, 2025

**Dear Honorable Judge Tahwani,**

I am writing to respectfully ask for your leniency in the sentencing of Tania Fernandes Anderson. I have known Tania for over two decades, and I can personally attest to her longstanding commitment to community, family, and service.

I first met Tania as a young teenager through a City of Boston summer job placement at the Roxbury Multi-Service Center, where we both worked with the Community Programs Against Sexual Assault (CPASA). Together, we co-developed and led a youth initiative on healthy relationships—workshops that were not only impactful at the time, but continued for years after, positively influencing many of our peers.

Years later, our paths crossed again when Tania served as the family coordinator at the Haley Elementary School, where my children were enrolled. She was a lifeline for many families like mine—connecting us to vital resources and offering support with compassion and dedication.

I also witnessed her deep commitment to creative expression and community-building when she directed a local play that featured neighborhood talent. Tania created a warm, inclusive environment—ensuring everyone had meals and snacks so that no one went hungry during rehearsals. It was a true labor of love and a testament to her character.

On a personal level, I've had the privilege of seeing Tania as a mother. She is a deeply loving and engaged parent. I remember how proud she was when her son Louis became a U.S. Marine—beaming with pride and joy. That same care and devotion have always been evident in how she shows up for her children.

Tania has made meaningful, lasting contributions to this city and to countless individuals, including myself. I ask that you take her years of service, character, and role as a mother into consideration as you make your decision. House arrest would allow her to continue being present for her family while being held accountable for her actions.

Thank you for your time and consideration.


Sincerely,

*Tyissha Jones-Horner*
**Tyissha Jones-Horner**

**Vargas DaSilveira**
████████████████████
████████████████

**July 9, 2025**

**Honorable Judge Indira Talwani**
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

**Re: Letter of Support and Request for Leniency – Tania Fernandes Anderson**

Dear Judge Talwani,

I am writing to you as a friend and community member who has known Tania Fernandes Anderson and her family for many years. I understand that Tania is scheduled to appear before you for sentencing on July 29, 2025. I respectfully ask you to consider a compassionate path forward by allowing her to serve her sentence under house arrest instead of incarceration.

Tania has accepted full responsibility for her actions and pleaded guilty. While the prosecution is recommending jail time, I hope the Court will also weigh her long-standing service to our community and the deep impact her absence would have on her family.

Tania is a devoted single mother raising her children at home. Over the years, she has also opened her home to 17 foster children, guiding them through critical stages in their lives. One of her sons proudly served in the United States Marine Corps—a reflection of the strong values she instills in her children.

Tania is also about to become a grandmother—her first grandson is due any day now. She is the sole caregiver to four sons who depend on her emotionally, physically, and financially. Being separated from them at this time would cause significant hardship and instability for the entire household.

If Tania is incarcerated, her children will be left without their primary support system. This would not only be a personal hardship but also a loss for the many in our community who know her as a mentor, advocate, and role model. Allowing her to serve her sentence under house arrest would still hold her accountable while enabling her to remain present for her family during this critical time.

As a former Boston City Councilor for District 7, Tania has spent years advocating for those without a voice. She has shown a deep commitment to her constituents and has dedicated herself to public service. Now, as she faces one of the most difficult challenges of her life, I hope the Court will extend grace to someone who has spent much of her life helping others.

Your Honor, I do not take this request lightly. Tania made a serious mistake, and she is taking responsibility for it. I simply ask that the Court consider a sentencing alternative that allows her to continue her most important role—that of a mother.

Thank you for your time and thoughtful consideration.

Sincerely,
**Vargas DaSilveira**

███████████████████

███████████████████████

Vincent Ware



April 25th, 2025

The Honorable Judge Indira Talwani
United States District Court
District of Massachusetts
1 Courthouse Way

**Re: Sentencing of Tania Fernandes Anderson**

Dear Judge Talwani,

I write this letter with a heavy heart but also with deep hope—hope that mercy, compassion, and humanity will guide your decision regarding Tania Fernandes Anderson.

Tania is not just a public servant; she is the beating heart of our District 7 community. Over the years, I have witnessed firsthand the sacrifices she has made, the burdens she has carried, and the fierce love she holds for every resident she serves. She is a mother to many who needed guidance, a voice to those who felt voiceless, and a light in our darkest moments as a community.

Her life's work has never been about personal gain. It has been about lifting others — about making sure that even the most forgotten among us felt seen, valued, and fought for. Every housing fight, every youth program, every late night spent advocating for fairness and dignity—Tania was there, giving all of herself to the cause.

I know that Tania accepts responsibility for her mistakes. I also know, without question, that her remorse is real and her commitment to making amends is unwavering. She has always been someone who learns, who grows, and who strives to do better for others.

To take her away from our community now, when her gifts of service, compassion, and leadership are still so desperately needed, would not serve justice — it would deepen the wounds of a community already hurting.

Please, Judge Talwani, show her the same grace that she has shown to so many. I respectfully ask that you allow Tania Fernandes Anderson to continue her life's work among us, where she belongs, where she is needed most.

With deepest respect and gratitude,

Vincent Ware, Community Organizer

July 14, 2025

The Honorable Indira Talwani
United States District Court
John Joseph Moakley U.S.Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Sentencing of Tania Fernandes

Dear Judge Talwani:

I am writing to respectfully request leniency in the sentencing of Ms. Tania Fernandes, specifically advocating for a sentence of home confinement in lieu of incarceration.

I have had the honor of knowing Ms. Fernandes for over a decade and have witnessed firsthand her selfless dedication to her family and our community. She is a person of remarkable character and an essential pillar of support for many, including as a loving and generous foster parent to at-risk children.

Ms. Fernandes serves as the primary caregiver for her family, shouldering critical emotional, financial, and practical responsibilities. Her consistent presence is the bedrock of her family's stability. Beyond her home, Ms. Fernandes is a proactive community leader, consistently volunteering her time and resources to support our most vulnerable neighbors. A sentence of home confinement would allow her to serve her debt to society without devastating the lives of those who depend on her for their fundamental well-being.

I am confident that Ms. Fernandes fully respects the authority of this Court and is prepared to adhere strictly to all conditions of home confinement. Allowing her to serve her sentence in this manner would not only serve the interests of justice but also preserve the stability and welfare of her family and the broader community.

Thank you for your time and consideration of this important matter. Please do not hesitate to contact me if any further information would be helpful.

Respectfully,

*Zaynab Yvette Blinker*
DocuSigned by:
E361526C18B84D5...
Zaynab Yvette Blinker