---------- Forwarded message ----------
From: **Councilor TFA** <tania.anderson@boston.gov>
Date: Wed, May 3, 2023 at 8:10 PM
Subject: Staff Pay Updates
To: ████████████████████████

Hi ██████,
I hope this email finds you in fantastic spirits.
Please process the following requests:

1. ██████ - increase hours to 30hr/week
2. ██████ - please increase pay to $31.00/hr
3. ██████ - **Please pay a Bonus of $1,000.00**
4. ██████ - Please increase **Salary to $65K/year**
5. ██████ - Please pay a Bonus of $2,500.00
6. ██████ - Bonus of $1,000.00
7. ██████ - Bonus of $500.00
8. ██████ - Bonus of $13,000.00

Hiring a temp position ██████ for $27/hr at 21 hours per week
Will send you her info tomorrow.
I think this will spend all the surplus. Please let me know.

Thank you,

Councilor TFA