# New Hire

**From:** Councilor TFA <tania.anderson@boston.gov>
**To:** ███
**Cc:** ███
**Date:** Tue, 22 Nov 2022 15:37:55 -0500

Hi ███,

I hope you are well.

I'm very pleased to announce that ███ (for the record she is not related to me) will join my office as Director of Constituent Service. ███ will begin her journey with us on December 5, 2022. Please support ███ with onboarding, her salary will be $65,000.00 per year.

Thank you,
Councilor TFA



**Tania Fernandes Anderson** (she/her/hers)
Boston City Councilor, District 7
Boston City Hall | Boston, MA 02201 | 617.635.3510
Website | Twitter | Instagram | Facebook

email is subject to MGL: Chpt.66, Sec.10 Public Records Law.