# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CR No. 24 – 10364- IT

**UNITED STATES OF AMERICA**
  Plaintiff
         V.

**Tania Fernandes Anderson,**
Defendant,

**TO THE DISTRICT COURT; SENTENCING JUDGE**

**From: Roy Owens, President of the Save the Children Ministries**

   This is not a hard letter to write, in support of Ms. Anderson for the work she has done, but hard because of the situation in which has befallen Councillor Anderson. I have walk through the community with City Councillor Anderson, as she meet and greeted the people of District Seven, they all would smile and say hello, next they wanted to know, what are you doing for us now. We don't have fund for Day Care, our food program and after school program. I often watch her write out checks on the spot of five hundred dollars and so on etc. I have never asked her where the money came from. I just assumed as most people do, well thank God she is bless like that. When we get a gift we don't ask embarrassing questions, like can you afford it, we just say thank you or nothing at all.

   Grown up as a child I was always told never look a gift horse in the mouth, but in all things give thanks. She always took everything serious; she wanted every area in District Seven to feel empowered. She would spend time organizing and writing papers on how to get the best out of what you have, having closed streets, and community gathering. She would donate time and money into community organizations and encouraged Ward Committees to do as well. She promotes community events in the streets, and in the parks in our neighborhoods. She wanted an active community, working together in and across the districts of The City of Boston. She wanted the community to know she was doing something and not just for herself, but for the community at large. She not only gave of herself, but her finances. I think we sometime ask to much of our leaders and not enough of ourselves. Maybe **John F. Kennedy said it best** "**Think not what your country can do for you, but what you can do for your country**".

   I don't know how you the Justice of the Federal District Court will rule, but I know one thing, Councillor Tania Fenanndes Anderson, has suffer a lot, losing her city council seat, humiliated, fined, facing jail time and a frightening future. I believe she has suffered enough. Therefore I do ask for community service and suspension of Jail time.

Yours, in Christ

_Roy Owens_ Date; 09/01/ 2025

PS. May God Bless you and guide you in your decision, I believe she tried to do the right thing in fund raising, but need a little guiding in helping the communities meet their need, I believe she has gotten the message.