UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br> )<br>v. )<br> )<br>TANIA FERNANDES ANDERSON )<br>Defendant. ) | CASE NO.  1:24-CR-10364-001-IT |

## SATISFACTION OF RESTITUTION AND/OR FINE JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Tania Fernandes Anderson, by payment in full. This Satisfaction does not affect any outstanding Order of Forfeiture or Forfeiture Money Judgment entered in the case.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

LEAH B. FOLEY
United States Attorney

By:     /s/ Raquelle L. Kaye
RAQUELLE L. KAYE
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Raquelle.Kaye@usdoj.gov

Date: January 28, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2026, this document was filed through the ECF system and sent electronically to any registered participants and/or a paper copy was sent by mail to Tania Fernandes Anderson located in Dorchester, MA.

/s/ Raquelle L. Kaye
RAQUELLE L. KAYE
Assistant United States Attorney